UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-80093-ROSENBERG/REINHART

UNITED STATES OF AMERICA

vs.

JASEN BUTLER,

Defendant.
_____/

## NOTICE OF LIS PENDENS

GRANTEE(S): Jasen Butler, a single man

TO: ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER THE DEFENDANT AND/OR GRANTEE any interest in the real property described hereinunder.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of 28 U.S.C. § 1964, that on June 11, 2025, the United States of America filed an Indictment in the United States District Court for the Southern District of Florida, charging the defendant with violation(s) of 18 U.S.C. §§ 495, 1343, and 1957(a). Pursuant to 18 U.S.C. § 981(a)(1)(C) and 18 U.S.C. § 982(a)(1), the United States of America may seek to forfeit the real property located at **5051 SW Markel Street, Palm City, Florida 34990**, and includes all buildings, improvements, fixtures, attachments and easements found therein or thereon, more particularly described as:

> Tract 63, Section 34, Township 38 South, Range 40 East, PALM CITY FARMS, according to the map or plat thereof, as recorded in Plat Book 6, Page 42, of the Public Records Palm Beach (Now Martin), County, Florida.
>
> Folio No. 34-38-40-000-063-00000.30000

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from: (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest in the property subsequent to the filing of an indictment or information alleging that the property is subject to forfeiture, except as provided by the provisions of 21 U.S.C. § 853(n) following the entry of any order of forfeiture. Information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court at Miami, Florida.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: _____
Gabrielle Raemy Charest-Turken (Fla. Bar # 15939)
Assistant United States Attorney
Email: Gabrielle.Charest-Turken@usdoj.gov
99 N.E. 4th Street, Suite 700
Miami, Florida 33132-2111
Telephone: (305) 961-9365