During your deliberations no one should be using a cell phone. They should only be used during a break. Nothing should be communicated about the case.

Don Middlebrooks