UNITED STATES v. JASEN BUTLER
CASE NO: 9:25-cr-80093-DMM

AUSA / DOJ:   ELIZABETH YOUNG / JONATHAN POMERANZ / HALEY PENNINGTON / EBONIE BRANCH

| GX NO. | DESCRIPTION | BATES | Offr. | Obj. | Admitted | Denied |
|---|---|---|---|---|---|---|
| 1 | AT&T Jasen Butler Subscriber Information/IP address | ATT002-00000006 | 1.13.2026 | | 1.13.2026 | |
| 5 | Placeholder image, SEA card upload/download records | KHI0016387 | 1.13.2026 | | 1.13.2026 | |
| 8 | Placeholder image, SEA Card system IP address and login information | KHI0016389 | 1.13.2026 | | 1.13.2026 | |
| 9 | Amazon business records, SEA Card hosting | AZN001-00000002 | 1.13.2026 | | 1.13.2026 | |
| 10 | SEA card account change – signed by Jasen Butler | KHI0010459 | 1.13.2026 | | 1.13.2026 | |
| 17 | Placeholder image, KHI Revised Order List | KHI-ATR005-00000001 | 1.13.2026 | | 1.13.2026 | |
| 21 | DLA-IMOS (Butler) email, "RE: [Non-DoD source] Re: ACTION REQUIRED - Re: RFQ 8812 Italy Order 47191)" | IMOS-REPROD-00079939 | 1.13.2026 | | 1.13.2026 | |
| 22 | DLA-IMOS (Butler) email, "RE: [Non-DoD source] Re: ACTION REQUIRED - Re: RFQ 8812 Italy Order 47191)" | IMOS-REPROD-00079966 | 1.13.2026 | | 1.13.2026 | |
| 24 | DLA-NOAA-IMOS (Butler)-IMOS Bunkers- DLA-Sea Card Customer Support email, "RE: Order ID 49464 For Vessel Ferdinand Hassler" | IMOS-REPROD-00095617 | 1.13.2026 | | 1.13.2026 | |
| 25 | IMOS (Butler)-DLA email, "RE: [Non-DoD Source] Re: Order 44737 - Fujairah OT Charges" | IMOS-REPROD-00121494 | 1.13.2026 | | 1.13.2026 | |
| 26 | IMOS (Butler)-DLA email, "RE: [Non-DoD Source] RE: Order ID 49464 For Vessel Ferdinand" | IMOS-REPROD-00095583 | 1.13.2026 | | 1.13.2026 | |

| GX NO. | DESCRIPTION | BATES | Offr. | Obj. | Admitted | Denied |
|---|---|---|---|---|---|---|
| 100 | USNS Carson City Backhaul Invoice ($7,362.01) | KHI0003972 | 1.13.2026 | | 1.13.2026 | |
| 101 | USNS Carson City Fuel Invoice ($299,423.34) | IGR000019 | 1.13.2026 | | 1.13.2026 | |
| 200 | USCGC Douglas Denmam Invoice ($57,000.00) | KHI0014315 | 1.13.2026 | | 1.13.2026 | |
| 201 | Eastway Jamuna Invoice ($22,144.25) | IGR000001 | 1.13.2026 | | 1.13.2026 | |
| 205 | Integr8 reproduction of exhibit 203, USCGC Douglas Denmam Cancellation Invoice ($10,000.00) | IGR000071 | 1.13.2026 | | 1.13.2026 | |
| 300 | USNS Trenton Cancellation Invoice ($203,662) | KHI0009175 | 1.13.2026 | | 1.13.2026 | |
| 301 | Navig8 Guide Invoice ($394,157.85) | IGR000003 | 1.13.2026 | | 1.13.2026 | |
| 400 | USNS Bruce Heezen Invoice ($4,823.48) | KHI0000809 | 1.13.2026 | | 1.13.2026 | |
| 500 | USS Dextrous Invoice ($48,608) | KHI0003704 | 1.13.2026 | | 1.13.2026 | |
| 501 | USS Devastator Cancellation Invoice ($22,725.00) | IGR000020 | 1.13.2026 | | 1.13.2026 | |
| 504 | DLA-IMOS (Butler) email, "RE: RFQ 12528 Suape" | IMOS0000081583 | 1.13.2026 | | 1.13.2026 | |
| 505 | Integr8 (Azzena)-IMOS (Butler), "RE: SEA Card OMSOrder Cancellation Acknowledged by Supplier - Order ID 57141 For Vessel USS Dexterous" | IMOS-REPROD-00012146 | 1.13.2026 | | 1.13.2026 | |
| 600 | USS Devastator Cancellation Invoice ($22,725.00) | KHI0003352 | 1.13.2026 | | 1.13.2026 | |
| 601 | Hoegh Caribia Invoice ($1,360.06) | IGR000022 | 1.13.2026 | | 1.13.2026 | |
| 700 | USS Mesa Verde Backhaul Invoice ($165,500) | KHI0002197 | 1.13.2026 | | 1.13.2026 | |
| 701 | USS Mesa Verde Fuel Invoice ($1,194,244.28) | IGR000005 | 1.13.2026 | | 1.13.2026 | |

2

| GX NO. | DESCRIPTION | BATES | Offr. | Obj. | Admitted | Denied |
|---|---|---|---|---|---|---|
| 800 | USS Mesa Verde Backhaul Invoice ($341,049.60) | KHI0002195 | 1.13.2026 | | 1.13.2026 | |
| 900 | USS Mesa Verde Overtime Invoice ($27,500) | KHI0002199 | 1.13.2026 | | 1.13.2026 | |
| 1000 | USNS Peurto [sic] Rico Overtime Invoice ($40,250) | KHI0002911 | 1.13.2026 | | 1.13.2026 | |
| 1100 | Backhaul Ancillary Fee Invoice ($33,623.00) | KHI0008768 | 1.13.2026 | | 1.13.2026 | |
| 1101 | USS Forrest Sherman Fuel Invoice ($692,556.76) | IGR000030 | 1.13.2026 | | 1.13.2026 | |
| 1200 | Hershel Williams Backhaul Fee Invoice ($1,445,441.68) | KHI0006873 | 1.13.2026 | | 1.13.2026 | |
| 1201 | Hershel Williams Cancellation Fee Invoice ($350,000.00) | IGR000007 | 1.13.2026 | | 1.13.2026 | |
| 1300 | USCGC Stone Backhaul Invoice ($108,035.67) | KHI0003200 | 1.13.2026 | | 1.13.2026 | |
| 1302 | Integr8 (Aljaroo and Azzena)-IMOS (Butler) email, "CGC STONE / Puerto Madryn / Bunker Invoice - [A1130914]" | IMOS-REPROD-00045364 | 1.12.2026 | | 1.12.2026 | |
| 1303 | Attachment of exhibit 1302, CGC Stone Fuel Invoice ($286,472.88) | IMOS-REPROD-00045365 | 1.12.2026 | | 1.12.2026 | |
| 1304 | SEA Card system-IMOS Bunker email, "SEA Card OMSQuote Window Opened - Quote Request ID 12927 For Vessel CGC Stone" | IMOS-REPROD-00003995 | 1.12.2026 | | 1.12.2026 | |
| 1305 | IMOS (Butler)-Christopher Brown email, "RE: [URL Verdict: Neutral]RE: [Non-DoD Source] Re: USCGC STONE SEACard Order 58021" | IMOS-REPROD-00176908 | 1.12.2026 | | 1.12.2026 | |
| 1306 | IMOS (Butler)- Christopher Brown email, "Re: FW: Fuel updates" | IMOS0000220028 | 1.12.2026 | | 1.12.2026 | |

| GX NO. | DESCRIPTION | BATES | Offr. | Obj. | Admitted | Denied |
|---|---|---|---|---|---|---|
| 1307 | IMOS (Butler)- Christopher Brown email, "Re: CGC Stone Puerto Madryn" | IMOS0000219867 | 1.12.2026 | | 1.12.2026 | |
| 1308 | Attachment of exhibit 1307, USCGC Stone Backhaul Invoice ($108,035.67) | IMOS0000219868 | 1.12.2026 | | 1.12.2026 | |
| 1309 | IMOS (Butler)- Christopher Brown email, "RE: [Non-DoD Source] Re: CGC Stone Puerto Madryn" | IMOS-REPROD-00175942 | 1.12.2026 | | 1.12.2026 | |
| 1312 | Integr8 (Azzena)-IMOS (Butler) email, "Bunker Confirmation for CGC STONE @ Puerto Madryn - [Ref:A1130914]" | IMOS-REPROD-00046273 | 1.12.2026 | | 1.12.2026 | |
| 1313 | Attachment of exhibit 1312, CGC Stone Order Confirmation | IMOS-REPROD-00046275 | 1.12.2026 | | 1.12.2026 | |
| 1314 | Integr8 (Azzena)-IMOS (Butler) email, "Bunker Confirmation for CGC STONE @ Puerto Madryn - [Ref:A1130914]" | IMOS-REPROD-00229812 | 1.12.2026 | | 1.12.2026 | |
| 1317 | Reproduction of exhibit 1303, CGC Stone Fuel Invoice ($286,472.88) | IGR000069-70 | 1.13.2026 | | 1.13.2026 | |
| 1319 | SEA Card Portal view – Order 58021 | CGIS-ATR022-00000001 | 1.12.2026 | | 1.12.2026 | |
| 1400 | USS Arleigh Burke Backhaul and Quantity Change Invoice ($101,537.27) | KHI0003430 | 1.13.2026 | | 1.13.2026 | |
| 1401 | USS Arleigh Burke Fuel and Product Return Invoice ($395,861.88) | IGR000075 | 1.13.2026 | | 1.13.2026 | |
| 1500 | USS Patriot Cancellation Fee Invoice ($54,128.00) | KHI0010035 | 1.13.2026 | | 1.13.2026 | |
| 1501 | USS Patriot Cancellation Invoice (2,500.00) | IGR000011 | 1.13.2026 | | 1.13.2026 | |
| 1600 | USS Patriot Cancellation Invoice ($31,870.00) | KHI0011461 | 1.13.2026 | | 1.13.2026 | |
| 1601 | USS Patriot Cancellation Invoice ($2,500.00) | IGR000024 | 1.13.2026 | | 1.13.2026 | |

| GX NO. | DESCRIPTION | BATES | Offr. | Obj. | Admitted | Denied |
|---|---|---|---|---|---|---|
| 1700 | USS Truxtun Backhaul Invoice ($130,117.90) | KHI0001087 | 1.13.2026 | | 1.13.2026 | |
| 1701 | USS Truxtun Fuel Invoice ($602,140.00) | IGR000033 | 1.13.2026 | | 1.13.2026 | |
| 1703 | USS Truxtun Fuel, Backhaul, Overtime Invoice ($915,517.68) | IGR000076 | 1.13.2026 | | 1.13.2026 | |
| 1800 | SS Gopher State Backhaul Invoice ($69,009.49) | KHI0004836 | 1.13.2026 | | 1.13.2026 | |
| 1801 | SS Gopher State Fuel Invoice ($630,529.15) | IGR000037 | 1.13.2026 | | 1.13.2026 | |
| 1900 | SS Keystone State Backhaul and Overtime Invoice ($81,840.00) | KHI0005805 | 1.13.2026 | | 1.13.2026 | |
| 1901 | SS Keystone State Invoice ($1,091,374.96) | IGR000077 | 1.13.2026 | | 1.13.2026 | |
| 2000 | USS Oakland Fuel and Fender Invoice ($224,757.80) | KHI0014021 | 1.13.2026 | | 1.13.2026 | |
| 2001 | USS Oakland Cancellation Invoice ($53,500.00) | IGR000013 | 1.13.2026 | | 1.13.2026 | |
| 2100 | USS Thomas Hudner Cancellation Invoice ($557,265.00) | KHI0009599 | 1.12.2026 | | 1.12.2026 | |
| 2101 | USS Thomas Hudner Cancellation Invoice ($3,000.00) | IGR000045 | 1.13.2026 | | 1.13.2026 | |
| 2102 | Integr8 (Azzena)- IMOS (Butler) email, "USS THOMAS HUDNER / Split" | IMOS0000166162 | 1.13.2026 | | 1.13.2026 | |
| 2103 | Attachment of exhibit 2102, USS Thomas Hudner Cancellation Invoice ($3,000.00) | IMOS0000166163 | 1.13.2026 | | 1.13.2026 | |
| 2104 | Integr8-IMOS (Butler) email, "USS THOMAS HUDNER/Split" | IMOS0000128275 | 1.13.2026 | | 1.13.2026 | |
| 2108 | Attachment of exhibit 2105, PNC Custom Full Details Payment Activity Report (Butler) | IMOS-REPROD-00202182 | 1.12.2026 | | 1.12.2026 | |
| 2109 | IMOS (Butler)-DLA (Murphy) email, "RE: SEA Card Order 58932 - DISPUTE" | IMOS-REPROD-00001677 | 1.13.2026 | | 1.13.2026 | |

| GX NO. | DESCRIPTION | BATES | Offr. | Obj. | Admitted | Denied |
|---|---|---|---|---|---|---|
| 2200 | USS Antietam Cancellation and Backhaul Invoice ($223,509.25) | KHI0003025 | 1.13.2026 | | 1.13.2026 | |
| 2201 | USS Antietam Cancellation Invoice ($204,878.90) | IGR000047 | 1.13.2026 | | 1.13.2026 | |
| 2300 | USS Paul Hamilton Cancellation Invoice ($726,641.56) | KHI0011860 | 1.13.2026 | | 1.13.2026 | |
| 2301 | USS Paul Hamilton Cancellation Invoice ($48,000.00) | IGR000049 | 1.13.2026 | | 1.13.2026 | |
| 2400 | USNS Trenton Cancellation Invoice ($283,950.00) | KHI0007816 | 1.13.2026 | | 1.13.2026 | |
| 2401 | USNS Trenton Cancellation Invoice ($154,385.00) | IGR000051 | 1.13.2026 | | 1.13.2026 | |
| 2500 | USS Paul Ignatius Fuel, Backhaul, Standby, and Concellation [sic] Custom Invoice | KHI0014431 | 1.13.2026 | | 1.13.2026 | |
| 2501 | USS Paul Ignatius Fuel, Backhaul, Standby, and Concellation [sic] Custom Invoice ($790,176.12) | IGR000015 | 1.13.2026 | | 1.13.2026 | |
| 2600 | National Bunkering Co. LTD (NBCO) page USS Thomas Hudner Order Confirmation | KHI0013044 | 1.12.2026 | | 1.12.2026 | |
| 2601 | USS Thomas Hudner Cancellation Invoice ($120,000.00) | IGR000028 | 1.13.2026 | | 1.13.2026 | |
| 2605 | Owens-IMOS/Eten email, "Re: SEAcard OMSOpen Market Order Awarded - Order ID 59619 For Vessel USS THOMAS HUDNER" | PDS001-00000202 | 1.13.2026 | X | 1.13.2026 | Partially redacted version was admitted |
| 2607 | Marine Group (Ogden)-DLA (Murphy) email, "RE: SEA Card OMSCancel Requested - Order ID 59619 For Vessel USS THOMAS HUDNER" | PDS001-00002556 | 1.13.2026 | | 1.13.2026 | |

6

| GX NO. | DESCRIPTION | BATES | Offr. | Obj. | Admitted | Denied |
|---|---|---|---|---|---|---|
| 2608 | Marine Group (Ogden)-DLA (Murphy and Pili) email, "RE: RFQ 13753" | PDS001-00002628 | 1.13.2026 | | 1.13.2026 | |
| 2611 | Marine Group (Ogden)-Murphy email, "RE: SEA Card OMSCancel Request - Order ID 59619 For Vessel USS THOMAS HUDNER" | PDS001-00002744 | 1.13.2026 | | 1.13.2026 | |
| 2612 | Attachment of exhibit 2611, National Bunkering Co. LTD (NBCO) USS Thomas Hudner Order Confirmation | PDS001-00002750 | 1.13.2026 | | 1.13.2026 | |
| 2613 | Attachment of exhibit 2611, USS Thomas Hudner Invoice ($856,237.50) | PDS001-00002751 | 1.12.2026 | | 1.12.2026 | |
| 2614 | Attachment of exhibit 2611, Outgoing Wire, Gulf Atlantic Bank ($856,237.50) | PDS001-00002752 | 1.12.2026 | | 1.12.2026 | |
| 2616 | Marine Group (Ogden)-DLA (Murphy and Pili) email, "Re: SEA Card Order 59619" | PDS001-00003305 | 1.13.2026 | | 1.13.2026 | |
| 2617 | Marine Group (Ogden)-DLA (Murphy and Pili) email, "RE: SEA Card Order 59619" | PDS001-00003417 | 1.13.2026 | | 1.13.2026 | |
| 2618 | Outgoing Wire Gulf Atlantic Bank screenshot ($856,237.50) | PDS001-00003420 | 1.13.2026 | | 1.13.2026 | |
| 2619 | Outgoing Wire, Gulf Atlantic Bank ($856,237.50) | PDS001-00003421 | 1.13.2026 | | 1.13.2026 | |
| 2620 | Outgoing Wire, Gulf Atlantic Bank ($856,237.50) | PDS001-00003422 | 1.13.2026 | | 1.13.2026 | |
| 2701 | Sagamore Fuel Invoice ($784,609.16) | IGR000067 | 1.13.2026 | | 1.13.2026 | |
| 2704 | IMOS (Butler)- DLA (Murphy and Pili) email, "RE: [Non-DoD Source] Re: SEA CardB. OMSOrder Inquiry - Order ID 60011 For Vessel MV SAGAMORE" | IMOS0000125286 | 1.13.2026 | | 1.13.2026 | |
| 2705 | Attachment of exhibit 2704, Sagamore Fuel Invoice ($831,749.63) | IMOS0000125294 | 1.13.2026 | | 1.13.2026 | |
| 2707 | Attachment of exhibit 2706, Sagamore Fuel Invoice ($784,609.16) | IMOS-REPROD-00231451 | 1.13.2026 | | 1.13.2026 | |

fake *sandrome* →

did not need to review

| GX NO. | DESCRIPTION | BATES | Offr. | Obj. | Admitted | Denied |
|--------|-------------|-------|-------|------|----------|--------|
| 3203 | Martinez-Butler-Eten email, "Fuel Wire Transfer" | PDS001-00007810 | 1.13.2026 | | 1.13.2026 | |
| 3204 | Attachment of exhibit 3203, Outgoing Wire, Gulf Atlantic Bank ($127,796.69) | PDS001-00007811 | 1.13.2026 | | 1.13.2026 | |
| 3210 | Outgoing Wire, Gulf Atlantic Bank ($856,237.50) | KHI0013043 | 1.13.2026 | | 1.13.2026 | |
| 3400 | "AS IS" Residential Contract For Sale And Purchase (Florida house) | PRTC001-001-00000001 | 1.13.2026 | | 1.13.2026 | |
| 3403 | Landtech receipt/check disbursement statement (Florida house) | PRTC001-001-00000070 | 1.13.2026 | | 1.13.2026 | |
| 3500 | TD-1000 confidential document (Colorado house) | CCTE001-00000187 | 1.13.2026 | | 1.13.2026 | |
| 3501 | Photos of Colorado house (exterior) | MBR001-00000515 | 1.13.2026 | | 1.13.2026 | |
| 3502 | Photos of Colorado house (interior) | MBR003-00000012 | 1.13.2026 | | 1.13.2026 | |
| 3503 | Photos of Colorado house (interior) | MBR003-00000022 | 1.13.2026 | | 1.13.2026 | |
| 3504 | Photos of Colorado house (interior) | MBR003-00000029 | 1.13.2026 | | 1.13.2026 | |
| 3505 | Photos of Colorado house (interior) | MBR003-00000037 | 1.13.2026 | | 1.13.2026 | |
| 3520 | Ledger for Order #24-22960 | CCTE001-00000142 | 1.13.2026 | | 1.13.2026 | |
| 3600 | IMOS (Butler)-DLA (Murphy and Pili) email, "Re: Ancillary Charges Under Order 58691 (USS Oakland at Muara) | IMOS-REPROD-00202116 | 1.13.2026 | | 1.13.2026 | |
| 3604 | DLA (Murphy and Pili)- IMOS (Butler) email, "RE: [Non-DoD Source] Re: RFQ 13571 Rostock" | IMOS-REPROD-00567714 | 1.13.2026 | | 1.13.2026 | |
| 3611 | Owens-Eten-IMOS (Butler) email, "Re: Government Fuel bids" | PDS001-00000200 | 1.13.2026 | | 1.13.2026 | |
| 3615 | Eten-IMOS (Butler)-Segrich-Owens email, "RE: Fuel sales Phone number" | PDS001-00008448 | 1.14.2026 | | 1.14.2026 | |
| 3617 | Owens-IMOS (Butler) email, "Re: Case# 05445272 - Sea Card New Account for Patriot Disaster" | PDS001-00000232 | 1.13.2026 | | 1.13.2026 | |

8

| GX NO. | DESCRIPTION | BATES | Offr. | Obj. | Admitted | Denied |
|---|---|---|---|---|---|---|
| 3619 | Marine Group-Owens email, "Re: Fw:" | PDS001-00000903 | 1.13.2026 | | 1.13.2026 | |
| 3701C | PNC Bank account x2978 account records (condensed version) | PNC004-00000001 | 1.13.2026 | | 1.13.2026 | |
| 3702 | Placeholder image, Gulf Atlantic Bank account summary | GAB001-00002507 | 1.13.2026 | | 1.13.2026 | |
| 3709 | Placeholder image, Patriot Disaster quote and order information | KHI0010597 | 1.13.2026 | | 1.13.2026 | |
| 3710 | Placeholder image, KHI Bank account information | KHI0004088 | 1.13.2026 | | 1.13.2026 | |
| 3810 | Butler-Owens-Eten-Martinez email, "Re: Invoice" | PDS001-00001205 | 1.13.2026 | | 1.13.2026 | |
| | Attachment of exhibit 3810 USNS Amelia Earhart Integr8 Fuel Invoice, ($3,481,761.15) | PDS001-00001208 | 1.13.2026 | | 1.13.2026 | |
| | Attachment of exhibit 3810, USS Dewey Fuel Invoice, ($370,712.00) | PDS001-00001209 | 1.13.2026 | | 1.13.2026 | |
| | Attachment of exhibit 3810, USS Gravely Integr8 Fuel and Cancellation Invoice ($800,502.05) | PDS001-00001210 | 1.13.2026 | | 1.13.2026 | |
| 3820 | Eten-IMOS (Butler)-Owens-Martinez email, "Wire transfer" | PDS001-00008086 | 1.14.2026 | | 1.14.2026 | |
| 3821 | IMOS (Butler)-Owens-Eten-Martinez email, "Fw; USNS BRUNSWICK / Malaga / Bunker Invoice [\|A1217830\|]" | PDS001-00001088 | 1.14.2026 | | 1.14.2026 | |
| | Attachment of exhibit 3821, USNS Brunswick Order Confirmation | PDS001-00001090 | 1.14.2026 | | 1.14.2026 | |
| | Attachment of exhibit 3821, USNS Brunswick Integr8 Fuel Invoice, ($141,455.30) | PDS001-00001092 | 1.14.2026 | | 1.14.2026 | |
| | Attachment of exhibit 3821, Complementary Delivery Receipt for | PDS001-00001094 | 1.14.2026 | | 1.14.2026 | |

9

| GX NO. | DESCRIPTION | BATES | Offr. | Obj. | Admitted | Denied |
|---|---|---|---|---|---|---|
| | Delivery Number 6835874 | | | | | |
| | Attachment of exhibit 3821, Complementary Delivery Receipt for Delivery Number 6835875 | PDS001-00001095 | 1.14.2026 | | 1.14.2026 | |
| | Attachment of exhibit 3821, Complementary Delivery Receipt for Delivery Number 6835873 | PDS001-00001096 | 1.14.2026 | | 1.14.2026 | |
| | Attachment of exhibit 3821, Complementary Delivery Receipt for Delivery Number 6842794 | PDS001-00001097 | 1.14.2026 | | 1.14.2026 | |
| | Attachment of exhibit 3821, Complementary Delivery Receipt for Delivery Number 6842795 | PDS001-00001098 | 1.14.2026 | | 1.14.2026 | |
| | Attachment of exhibit 3821, Delivery Receipt for Delivery Number 6842796 | PDS001-00001099 | 1.14.2026 | | 1.14.2026 | |
| | Attachment of exhibit 3821, Delivery Receipt for Delivery Number 6843177 | PDS001-00001100 | 1.14.2026 | | 1.14.2026 | |
| 3830 | IMOS (Butler)-Eten-Owens email, "Fw: SEA card OMSOpen Market Order Awarded - Order ID 59619 For Vessel USS THOMAS HUDNER" | PDS001-00001227 | 1.14.2026 | | 1.14.2026 | |
| | Attachment of exhibit 3830, USS Thomas Hudner Cancellation Invoice, ($815,523.72) | PDS001-00001230 | 1.14.2026 | | 1.14.2026 | |
| | Attachment of exhibit 3830, Patriot Disaster Specialist, LLC USS Thomas Hudner Cancellation Invoice ($857,523.71) | PDS001-00001232 | 1.14.2026 | | 1.14.2026 | |

| GX NO. | DESCRIPTION | BATES | Offr. | Obj. | Admitted | Denied |
|---|---|---|---|---|---|---|
|  | Attachment of exhibit 3830, USS Thomas Hudner SEA Card Order Fulfillment request detail screenshot | PDS001-00001233 | 1.14.2026 |  | 1.14.2026 |  |
|  | Attachment of exhibit 3830, PNC Bank Online Banking screenshot, $1,100,000.00 withdrawal | PDS001-00001234 | 1.14.2026 |  | 1.14.2026 |  |
| 3840 | USS Dewey Integr8 Fuel Invoice ($370,712.00) | PDS001-00001209 | 1.13.2026 |  | 1.13.2026 |  |
| 3841 | USS Dewey Integr8 Fuel and Backhaul Invoice ($212,362.00) | IGR000057 | 1.13.2026 |  | 1.13.2026 |  |
| 3842 | USS Thomas Hudner Integr8 Cancellation Invoice ($815,523.72) | PDS001-00001230 | 1.13.2026 |  | 1.13.2026 |  |
| 3843 | USS Thomas Hudner Integr8 Order Confirmation | SEA-ATR002-00000073 | 1.12.2026 |  | 1.12.2026 |  |
| 3900 | Independent Marine Sales and Cost Chart (2023) | CG002-00000013 | 1.13.2026 |  | 1.13.2026 |  |
| 3901 | 1040 Individual Income Tax Return (Butler, 2023) | CG003-00000001 | 1.13.2026 |  | 1.13.2026 |  |
| 3908 | Charles Greenberg CPA prepped 1040 Individual Income Tax Return (Butler, 2022) | CG001-00000242 | 1.13.2026 |  | 1.13.2026 |  |
| 3909 | Independent Marine Oil Services LLC Sales and Cost Chart (2022) | CG001-00000300 | 1.13.2026 |  | 1.13.2026 |  |
| 4000 | Metadata summary chart (date created vs date modified) | WCS-ATR008-00000001 | 1.13.2026 |  | 1.13.2026 |  |
| 4001 | Amount paid by order summary chart | WCS-ATR008-00000002 | 1.13.2026 |  | 1.13.2026 |  |
| 4002 | KHI documents and quote comments summary chart | WCS-ATR008-00000003 | 1.13.2026 |  | 1.13.2026 |  |
| 4003 | IP address summary chart | WCS-ATR008-00000015 | 1.13.2026 |  | 1.13.2026 |  |

| GX NO. | DESCRIPTION | BATES | Offr. | Obj. | Admitted | Denied |
|---|---|---|---|---|---|---|
| 4004 | Integr8 records summary chart | WCS-ATR045-00000001 | 1.13.2026 | | 1.13.2026 | |
| 4007 | Examples of USS Mesa Verde and USS Thomas Hudner fuel bids, Slide 1 | WCS-ATR049-00000001 | 1.13.2026 | | 1.13.2026 | |
| 4008 | Examples of USS Mesa Verde and USS Thomas Hudner fuel bids, Slide 2 | WCS-ATR049-00000002 | 1.13.2026 | | 1.13.2026 | |
| 4009 | Examples of USS Mesa Verde and USS Thomas Hudner fuel bids, Slide 3 | WCS-ATR049-00000003 | 1.13.2026 | | 1.13.2026 | |
| 4010 | Examples of USS Mesa Verde and USS Thomas Hudner fuel bids, Slide 4 | WCS-ATR049-00000004 | 1.13.2026 | | 1.13.2026 | |
| 4011 | Gain v Loss 12-29-25 | WCS-ATR048-00000002 | 1.13.2026 | | 1.13.2026 | |
| 4012 | Gain v. Loss 12-29-2025 + Year of Payment | WCS-ATR048-00000001 | 1.13.2026 | | 1.13.2026 | |
| A | Falsified Invoices consisting of exhibits 100, 200, 300, 400, 500, 600, 700, 800, 900, 1000, 1100, 1200, 1300, 1400, 1500, 1600, 1700, 1800, 1900, 2000, 2100, 2200, 2300, 2400, 2500, 2600, 2705, 3840, 3842 | | 1.13.2026 | | 1.13.2026 | |
| B | Original Invoices consisting of exhibits 101, 205, 301, 501, 601, 701, 1101, 1201, 1317, 1401, 1501, 1601, 1701, 1703, 1801, 1901, 2001, 2101, 2201, 2301, 2401, 2501, 2601, 2701, 2707, 3841 | | 1.13.2026 | | 1.13.2026 | |