**USA v. JASEN BUTLER**
**CASE NO.: 25-CR-80093-MIDDLEBROOKS**
**DEFENSE EXHIBIT LIST**

| Exhibit # | Date Identified | Date Admitted | Objections and/or Stipulations | DESCRIPTION OF EXHIBIT | Beginning Bates # |
|---|---|---|---|---|---|
| 1A | | 1/14/2026 | | SEA Card® Terms and Conditions (2021-2022) (PAGES 1-5) | BUTLER000440 |
| 2 | | 1/13/2026 | | SEA Card® Terms and Conditions (2022-2023) | BUTLER000089 |
| 3A | | 1/14/2026 | | SEA Card® Terms and Conditions (2023-2024) (PAGES 1-5) | CGIS-ATR003-001-00000012 |
| 6 | | 1/14/2026 | | SEA Card® Merchant Open Market Training Manual | IMOS000011678 |
| 7 | | 1/14/2026 | | SEA Card® Merchant Agreement - IMOS | CGIS-ATR010-00002179 |
| 9 | | 1/14/2026 | | SEA CARD Open Market Business Rules 2021 | NCIS-ATR001-00000476 |
| 19 | | 1/14/2026 | | Independent Marine Final Decision (April 6, 2020) | IMOS0000096281 |
| 35A | | 1/14/2026 | | 2015 All IMOS Orders | BUTLER000699 |
| 35B | | 1/14/2026 | | 2016 All IMOS Orders | BUTLER000700 |
| 35C | | 1/14/2026 | | 2017 All IMOS Orders | BUTLER000703 |
| 35D | | 1/14/2026 | | 2018 All IMOS Orders | BUTLER000707 |
| 35E | | 1/14/2026 | | 2019 All IMOS Orders | BUTLER000712 |
| 35F | | 1/14/2026 | | 2020 All IMOS Orders | BUTLER000716 |
| 35G | | 1/14/2026 | | 2021 All IMOS Orders | BUTLER000721 |
| 35H | | 1/14/2026 | | 2022 All IMOS Orders | BUTLER000723 |
| 35I | | 1/14/2026 | | 2023 All IMOS Orders | BUTLER000727 |
| 36A | | 1/14/2026 | | USNS Carson City (Rijeka, Croatia) Quote ID 12380 | BUTLER000599 |
| 36B | | 1/14/2026 | | USCGC Douglas Denman (Victoria, BC Canada) Quote ID 12471 | BUTLER000603 |
| 36C | | 1/14/2026 | | USNS Trenton (Mindelo, Cape Verde) Quote ID 12476 | BUTLER000604 |
| 36D | | 1/14/2026 | | USNS Bruce Heezen (Reykjavik, Iceland) Quote ID 12483 | BUTLER000607 |

1

USA v. JASEN BUTLER
CASE NO.: 25-CR-80093-MIDDLEBROOKS
DEFENSE EXHIBIT LIST

| Exhibit # | Date Identified | Date Admitted | Objections and/or Stipulations | DESCRIPTION OF EXHIBIT | Beginning Bates # |
|---|---|---|---|---|---|
| 36E | | 1/14/2026 | | USS Dextrous (Mina Qaboos, Oman) Quote ID 15219 | BUTLER000609 |
| 36F | | 1/14/2026 | | USS Devastator (Mina Qaboos, Oman) Quote ID 12520 | BUTLER000610 |
| 36G | | 1/14/2026 | | USS Mesa Verde (Rio De Janeiro, Brazil) Quote ID 12524 | BUTLER000611 |
| 36H | | 1/14/2026 | | USNS Puerto Rico (Si Racha, Thailand) Quote ID 12562 | BUTLER000614 |
| 36I | | 1/14/2026 | | USS Forrest Sherman (Split, Croatia) Quote ID 12756 | BUTLER000617 |
| 36J | | 1/14/2026 | | USS Hershel Williams (La Possession, Reunion) Quote ID 12747 | BUTLER000635 |
| 36K | | 1/14/2026 | | USCGC Stone (Puerto Madryn, Argentina) Quote ID 12927 | BUTLER000636 |
| 36L | | 1/14/2026 | | USS Arleigh Burke (Stockholm, Sweden) Quote ID 12964 | BUTLER000638 |
| 36M | | 1/14/2026 | | USS Patriot (Bangkok, Thailand) Quote ID 12956 | BUTLER000641 |
| 36N | | 1/14/2026 | | USS Patriot (Kota Kinabalu, Malaysia) Quote ID 12905 | BUTLER000643 |
| 36O | | 1/14/2026 | | USS Truxtun (Aqaba, Jordan) Quote ID 13027 | BUTLER000646 |
| 36P | | 1/14/2026 | | SS Gopher State (Kali Limenes, Greece) Quote ID 13103 | BUTLER000647 |
| 36Q | | 1/14/2026 | | SS Keystone State (Kali Limenes, Greece) Quote ID 13719 | BUTLER000649 |
| 36R | | 1/14/2026 | | USS Oakland (Muara, Brunei) Quote ID 13268 | BUTLER000652 |
| 36S | | 1/14/2026 | | USS Thomas Hudner (Split, Croatia) Quote ID 13360 | BUTLER000658 |
| 36T | | 1/14/2026 | | USS Antietam (Bali, Indonesia) Quote ID 13378 | BUTLER000660 |
| 36U | | 1/14/2026 | | USS Paul Hamilton (Changi, Singapore) Quote ID 13418 | BUTLER000672 |
| 36V | | 1/14/2026 | | USNS Trenton (Tema, Ghana) Quote ID 13389 | BUTLER000677 |
| 36W | | 1/14/2026 | | USS Paul Ignatius (Agadir, Morocco) Quote ID 13351 | BUTLER000679 |
| 37A | | 1/14/2026 | | USNS Carson City (Rijeka, Croatia) Quote ID 12380 | BUTLER000573 |

USA v. JASEN BUTLER
CASE NO.: 25-CR-80093-MIDDLEBROOKS
DEFENSE EXHIBIT LIST

| Exhibit # | Date Identified | Date Admitted | Objections and/or Stipulations | DESCRIPTION OF EXHIBIT | Beginning Bates # |
|---|---|---|---|---|---|
| 37B | | 1/14/2026 | | USNS Trenton (Mindelo, Cape Verde) Quote ID 12476 | BUTLER000574 |
| 37C | | 1/14/2026 | | USNS Bruce Heezen (Reykjavik, Iceland) Quote ID 12483 | BUTLER000575 |
| 37D | | 1/14/2026 | | USS Dextrous (Mina Qaboos, Oman) Quote ID 15219 | BUTLER000576 |
| 37E | | 1/14/2026 | | USS Devastator (Mina Qaboos, Oman) Quote ID 12520 | BUTLER000577 |
| 37F | | 1/14/2026 | | USS Mesa Verde (Rio De Janeiro, Brazil) Quote ID 12524 | BUTLER000578 |
| 37G | | 1/14/2026 | | USNS Puerto Rico (Si Racha, Thailand) Quote ID 12562 | BUTLER000579 |
| 37H | | 1/14/2026 | | USS Forrest Sherman (Split, Croatia) Quote ID 12756 | BUTLER000580 |
| 37I | | 1/14/2026 | | USS Hershel Williams (La Possession, Reunion) Quote ID 12747 | BUTLER000581 |
| 37J | | 1/14/2026 | | USCGC Stone (Puerto Madryn, Argentina) Quote ID 12927 | BUTLER000582 |
| 37K | | 1/14/2026 | | USS Arleigh Burke (Stockholm, Sweden) Quote ID 12964 | BUTLER000583 |
| 37L | | 1/14/2026 | | USS Patriot (Bangkok, Thailand) Quote ID 12956 | BUTLER000584 |
| 37M | | 1/14/2026 | | USS Patriot (Kota Kinabalu, Malaysia) Quote ID 12905 | BUTLER000585 |
| 37N | | 1/14/2026 | | USS Truxtun (Aqaba, Jordan) Quote ID 13027 | BUTLER000586 |
| 37O | | 1/14/2026 | | SS Gopher State (Kali Limenes, Greece) Quote ID 13103 | BUTLER000587 |
| 37P | | 1/14/2026 | | SS Keystone State (Kali Limenes, Greece) Quote ID 13719 | BUTLER000588 |
| 37Q | | 1/14/2026 | | USS Oakland (Muara, Brunei) Quote ID 13268 | BUTLER000589 |
| 37R | | 1/14/2026 | | USS Thomas Hudner (Split, Croatia) Quote ID 13360 | BUTLER000590 |
| 37S | | 1/14/2026 | | USS Antietam (Bali, Indonesia) Quote ID 13378 | BUTLER000591 |
| 37T | | 1/14/2026 | | USS Paul Hamilton (Changi, Singapore) Quote ID 13418 | BUTLER000592 |
| 37U | | 1/14/2026 | | USNS Trenton (Tema, Ghana) Quote ID 13389 | BUTLER000593 |

USA v. JASEN BUTLER
CASE NO.: 25-CR-80093-MIDDLEBROOKS
DEFENSE EXHIBIT LIST

| Exhibit # | Date Identified | Date Admitted | Objections and/or Stipulations | DESCRIPTION OF EXHIBIT | Beginning Bates # |
|---|---|---|---|---|---|
| 37V | | 1/14/2026 | | USS Paul Ignatius (Agadir, Morocco) Quote ID 13351 | BUTLER000594 |
| 37W | | 1/14/2026 | | USS Thomas Hudner (Jeddah, Saudi Arabia) Quote ID 13745 | BUTLER000595 |
| 55 | | 1/14/2026 | | Email from Phillip Lee to Butler Re: SEA Card RFQ 12483 USNS Bruce Heezen Order 57084 (08.23.2022) | NCIS-ATR003-00000382 |
| 61 | | 1/14/2026 | | Email from Jimenez to Bok RE: [possible spam] RE: [Non-DoD Source] Re: [possible spam] RE: SEA Card RFQ 12562 - Order 57264 (09.26.2022) | IMOS-REPROD-00000032 |
| 71 | | 1/14/2026 | | Email from Azzena to Butler RE- Bunker Confirmation for USS PAUL IGNATIUS @ Agadir - [Ref:A1187601] (08.23.2023) | IMOS-REPROD-00008813 |
| 73 | | 1/14/2026 | | Email from McKenna to Butler Fwd: USS Oakland Majuro (08.21.2023) | IMOS-REPROD-00009284 |
| 74 | | 1/14/2026 | | Email from Azzena to Butler RE- Bunker Confirmation for USNS Puerto Rico @ Siracha - [Ref:A1089209] (09.01.2022) | IMOS-REPROD-00011007 |
| 75 | | 1/14/2026 | | Email from Azzena to Butler Bunker Confirmation for USS MESA VERDE @ Rio de Janeiro - [Ref:A1088498] (08.30.2022) | IMOS-REPROD-00011143 |
| 76 | | 1/14/2026 | | Email from Azzena to Butler RE- USS DEVASTATOR / Mina Qaboos / Cancellation Invoice - [|A1087172|] (08.26.2022) | IMOS-REPROD-00012143 |
| 84 | | 1/14/2026 | | Email from Azzena to Butler RE- Bunker Confirmation for USNS TRENTON @ Mindelo - [Ref:A1084742] (08.17.2022) | IMOS-REPROD-00017365 |
| 85 | | 1/14/2026 | | Email from Azzena to Butler RE- Bunker Confirmation for USNS TRENTON @ Tema - [Ref:A1082808] (08.11.2022) | IMOS-REPROD-00017669 |
| 87 | | 1/14/2026 | | Email from Moore to Butler RE- USNS Trenton Invoice (08.17.2023) | IMOS-REPROD-00021096 |
| 88 | | 1/14/2026 | | Email from Azzena to Butler RE- HERSHEL WILLIAMS / La Posession / Cancellation Invoice - [|A1116424|] (12.15.2022) | IMOS-REPROD-00022520 |
| 89 | | 1/14/2026 | | Email from Murphy to Butler RE: [URL Verdict: Neutral][Non-DoD Source] RE: MT TULIP / ETA TO LA POSSESSION (REUNION)/ BUNKER DELIVERY MV HERSHEL WOODY WILLIAMS / | IMOS-REPROD-00022875 |
| 96 | | 1/14/2026 | | Email from Murphy to Butler RE: [Non-DoD Source] Question (09.13.2021) | IMOS-REPROD-00031402 |
| 99 | | 1/14/2026 | | Email from Azzena to Butler Re- USS ANTIETAM / Bali / Bunker Invoice - [|A1177016|] (07.17.2023) | IMOS-REPROD-00034465 |

4

**USA v. JASEN BUTLER**
**CASE NO.: 25-CR-80093-MIDDLEBROOKS**
**DEFENSE EXHIBIT LIST**

| Exhibit # | Date Identified | Date Admitted | Objections and/or Stipulations | DESCRIPTION OF EXHIBIT | Beginning Bates # |
|---|---|---|---|---|---|
| 100 | | 1/14/2026 | | Email from Azzena to Butler RE- Bunker Confirmation for USS SIROCCO @ Muscat - [Ref:A1105398] (10.27.2022) | IMOS-REPROD-00038468 |
| 101 | | 1/14/2026 | | Email from Azzena to Butler RE- USS SIROCCO / Muscat / Invoice - [|A1105398|] (10.27.2022) | IMOS-REPROD-00038475 |
| 106 | | 1/14/2026 | | Email from Hicks to Butler RE- USS Preble / Phuket (19-March) (03.11.2019) | IMOS-REPROD-00053826 |
| 108 | | 1/14/2026 | | Email from Kai to Butler to Fw: RFQ for USS BLUE RIDGE (02.20.2020) | IMOS-REPROD-00080526 |
| 122 | | 1/14/2026 | | Email from Azzena to Butler RE-Bunker Confirmation for USS ANTIETAM @ Bali - [Ref:A1177016] (07.11.2023) | IMOS-REPROD-00034809 |
| 123 | | 1/14/2026 | | Email from Azzena to Butler RE-Bunker Confirmation for USS DEVASTATOR @ Mina Qaboos - [Ref:A1087172] (08.25.2023) | IMOS-REPROD-00012328 |
| 130 | | 1/14/2026 | | Email from Customer Support to Butler RE- SEA Card® OMSQuote Window Opened - Quote Request ID 12520 For Vessel USS Devastator | BUTLER000734 |
| 133 | | 1/14/2026 | | Email from Customer Support to Butler RE- SEA CardB. OMSOpen Market Order Awarded - Order ID 57144 For Vessel USS Devastator | BUTLER000737 |