**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.  9:25-cr-80093-DMM

USA

                                        Plaintiff(s),

vs.

Jasen Butler

                                        Defendant(s).
_____/

FILED BY _____ D.C.

JAN 27 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

[ ] Guns, jewelry, currency, drugs, explosives

Item Nos. _____

[ ] Oversize records (larger than 10" x 12" x 15")

Item Nos. _____

[ ] Stored by Records Section in: [ ] Miami [ ] FTL [ ] WPB [ ]

[✓] Other (Explain): Defendant's Exhibits 1A, 2, 3A, 6-7, 9, 19, 35A-35I, 36A-36W, 37A-37W, 55, 61, 71, 73-76, 84-85, 87-89, 96, 99-101, 106, 108, 122, 123, 130, 133

[ ] Attachments
(Exhibit list, Order of Court)

Signature: _Jessica Cadwell_

Print Name: _JESSICA CADWELL_

Agency or Firm: _JASON S. WESS, ESQ._

Address: _555 PALM BEACH LAKES BLVD_
_#1400_

Exhibits Released by:

_____
(Deputy Clerk)

Telephone: _561-715-5887_

Date: _01/27/2026_

ORIGINAL - Court File
cc: Records Section
     Courtroom Deputy
     Counsel of Record