UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  25-80093-CR MIDDLEBROOKS

UNITED STATES OF AMERICA

v.

JASEN BUTLER

Defendant.

_____/

# APPENDIX D

# CHARACTER LETTERS

To Judge Middlebrooks,

I've never been afforded the opportunity to truly step back and revisit the lens in which I perceive my brother. At least, not any opportunity that ever held any weight of relevance or importance. In doing so, I can offer an extremely unique view of the man he is and was. This uniqueness lies in the rarity of our relationship. Simply put, nobody knows Jasen the way that I do, and fewer still are those who have seen the depth and complexity of character that epitomize themselves in such a man.

Let me back up.

My name is Jennifer Butler. I am 27 years old and the youngest child of the Butler family. I am a Traveling Industrial Pipe Welder until I can complete my medical school applications, and then I'll be the first in my family to earn the title of Doctor. Those who know me would call me driven, determined, intentional, unwavering, steadfast in my moral integrity. The mirror, however, only whispers *survivor*.

I'm not going to waste both of our time by painting you a polished picture of my flawless family and the story-book childhood I was gifted, because it would be a lie. Our sister hung her own body from the rafters of our barn for my father and brothers to find the next morning, a family friend had his way with me before I made it to double digits, our mother underwent a double mastectomy to fight her breast cancer while our father's business failed and the bills mounted. I started my first job at 13, and sometimes it was the only thing keeping the lights on. By the time I progressed to high school, our mother lost touch of reality from mental illness, our father lost his direction in how to guide his family, and I was lost. Jasen was finishing college while our middle brother was finishing high school, and both were far removed from the situation at home (either physically or mentally). Neither of my brothers had ever given much notice of my existence and I bore the brunt of our mother's mental illness alone.  I didn't see a way forward, so one night at 15 I ate everything in her medicine cabinet. By some divine intervention, I woke up the next morning. Several days later, when I absentmindedly told Jasen what my intentions had been that night, he wrapped me up in a hug (the first time I ever remember him hugging me).

"You're stronger than our sister was".

I knew that was a plea, and for the first time in my life I felt valued.

I think that is the day that my relationship with Jasen really began.

My days of suffering alone came to an end. Instead of the phantom that haunted our family photos, Jasen became my Protector. Guardian. Father. Best friend. He saw how I struggled- he assumed responsibility for it. If our mother had an episode, he'd take me out. If she grounded me and took my phone, he'd sneak me out of the house at night and take me to do donuts in the local Publix parking lot until I smiled. And for the moments in between, we were inseparable because he hated leaving me alone at home. We fished together, we ate together, we explored together, we grew together. We developed our own language. There were even times when he conspired to gain guardianship over me so he could legally remove me from the house. He did everything in his power to save me, and his final heroic act was convincing me to go to college.

My dad couldn't pay tuition, so I never even intended to apply- but Jasen promised me that if I got accepted he'd find a way to help pay for my first couple semesters. So, when I opened that acceptance letter from the University of Florida, I knew it was more than an opportunity for furthering my education and pursuing my dream- it was Jasen's last-ditch effort to get me out of that house. It was his last attempt at saving my life. He forced me to be a survivor.

I tell you all of this because Jasen hasn't changed. Despite the dysfunction my family is encumbered with, he has always taken it upon himself to be the caretaker and the hero. Now, years later, he cares for both of our elderly parents and our nephews. I can only imagine the information you've received regarding his generosity, his compassion, his need to help his family and his community. All of that and more is true. But I'm not here to relist the ways in which he has dedicated his life to the ones he loves and done everything in his power to save his friends and family from strife and heartache- I'm simply explaining the *why*.

He couldn't save our sister.

These days, Jasen and I aren't as close. We seem to have forgotten the secret language we accidentally invented, but I guess all children and teenagers eventually do. Our distance is rooted in my need to get away from the trauma I endured; every time I go home to visit, the past rears its ugly head in my mind. I find immense peace in the distance between Jupiter and wherever I call home at any point in time. Because of this distance, the newer people in Jasen's life didn't know the depth of our relationship. I wasn't asked to write a character letter for my brother, it was thought to be a redundancy. But in my head, I have the clearest understanding and vision of Jasen out of anybody who could have possibly contributed to this case. I wanted to give you the opportunity to see him without the persona he wears for the public; to see a man who bears himself without defense. The responsibility he feels towards my parents and our nephews is an immense weight that will burden him for the rest of his life, and is the only thing that matches the strength of his moral code. If ever a time arose when he went against that code, desperation and fear for his family were the driving factors.

Jasen will stand in front of you on April 8th, Your Honor. I only ask that when you look at him, you see him as he is.

 Thank you,

Jennifer Butler

**CAVALCADE STABLES**

5051 SW Markel St.          Tel: (772) 260-5814
Palm City, FL 34990      Email: Cavalcade82@gmail.com
Website: PalmCityHorses.com

FREEDOM REINS
VETERANS PROGRAM

The Honorable Donald M. Middlebrooks

United States District Court Judge

West Palm Beach, Florida

3/19/2026

**RE: United States of America v. Jasen Butler**

**CASE NO.: 25-CR-80093-Middlebrooks**

Dear Judge Middlebrooks,

I am Jasen Butler's significant other and have been for the past six years. When we'd initially met, I was working as the Communications and Marketing Director at a non-profit organization. My true expertise and lifelong passion had always been as a professional horseman, however, life happened and I'd found myself far away from my intended path instead chained to a desk from nine to five struggling to squeeze in the horse chores before and after work hours. I rented a decrepit little barn where I kept my ancient rescue horse and two other holdovers from a past life while caring for a few customers' horses. I was between couch surfing at friends' houses and often living in the barn sleeping in a hammock to make ends meet living my double life while also earning a reliable but small paycheck. Having witnessed my reluctantly stifled real passion, Jasen's relentless encouragement and emotional support over several years empowered me to "push the [proverbial] cow off of the cliff." By February 2021, I officially returned to being a full-time horse trainer and riding instructor at my own business, Cavalcade Stables, specializing in teaching beginner equine enthusiasts. I was still sleeping most of the week in my hammock in the stable until mid 2022, but I was back where I belonged. Now, with a roster of over thirty students ages 4 to 71 being served by several adopted and rescue equines, one might call the return to my roots a screaming success and Jasen is credited with nudging, if not shoving, me every step of the way. Will I ever retire wealthy doing this? No. Will I ever retire? Probably not. Some months covering the feed bill is still a feat, but it's my feat. In early 2025, Jasen further urged me to stop talking the talk and start walking the walk, and I am newly the founder of Freedom Reins Veterans Equine Program (501c3 pending) a give-back program serving veterans, first responders, and their families with horsemanship experiences and vocational training opportunities. Both Cavalcade Stables and Freedom Reins are now located at Jasen's property 5051 SW Markel Street. Palm City, FL. None of this would be possible without Jasen's steady encouragement, occasional tough love, and lots of sweat equity.

I'd met Jasen in 2017 through my youngest sibling, Garrett Jacobs, who had befriended Jasen through a common love of the outdoors, learning new skills, and finding adventure. Eventually, I was invited along to their camping and fishing trips. I was pleasantly surprised to learn that a then barely thirty-year-old Jasen bespeckled in camouflage and busted cowboy boots, flying a massive American flag from the back of his dusty

truck was incredibly intelligent, thoughtful, inspired, and hard working. He treated my henpecked little brother like a long-lost soul mate and I was always relieved to know when Garrett was in the company of Jasen rather than the typically misguided young men so easily found in the local bars and fishing piers our area is known for. Jasen and Garrett spent countless days chopping firewood to sell roadside, building raised garden boxes and other random projects, collecting 55 gal water barrels to repurpose, and restoring an old GMC truck to working order which kept my little brother very busy on the straight and narrow path to eventually becoming a treasured law enforcement officer for the Florida Fish and Wildlife Conservation Commission. Once Garrett was away at the Academy, it was my turn, and Jasen introduced me to the skills necessary to become a more self-sufficient, handy, and confident woman that would no longer need to "call a guy" every time something broke or failed. He had me planting trees, building fires, catching fish, raising chickens, and even learning hands-on how to butcher and process cuts of meat for our neighbors and family members. Surprising skill set to teach to an animal-loving woman who prefers tofu and peanut butter, but the ability and resilience learned was priceless. He prides himself on self-taught skills and thinking through a problem that many others would too easily give up on or never even venture. These are only some of the traits that I admire most about Jasen and perhaps the most useful influence he has inspired in me to this day. He's leant me his mindset that if anyone can do it at all, why couldn't it be me?

As our relationship grew, it was obvious that Jasen was the yin to my yang. I suffer from introversion and overthinking, a single-tracked obsession with horses, and an irrational fear of accidentally offending anyone. Jasen makes friends everywhere he goes, drops into neighbor's houses with little to no notice, peruses their kitchen cabinets, and is known to take their own ingredients and prepare everyone a snack on the spot. Jasen is the amusing glue that keeps the friendship circle in his Jupiter Farms neighborhood in steady contact with each other. If you are a friend of Jasen's you are getting a happy birthday text at exactly 12:00am without fail. If he knows that you're home on a Saturday, he's probably walking over to your place shirtless wearing his board shorts, filthy cowboy hat, and Spongebob Squarepants socks in his boots to bring dozens of free eggs from our raggedy flock of pet chickens or bags of exotic fruits from our haphazardly maintained garden. He's the one sending flowers if he overheard that you sprained your pinky toe and he's calling to check in to see how your kid's chess tournament went. To mention his name to someone in the neighborhood is to see a smirk and a twinkle in their eye because you're mentioning "That Jasen" even if you sometimes want to kick him for having woke you at 12:01am on your birthday.

As the closest person to Jasen that doesn't share his last name, I could fill several pages more expanding on the impact that Jasen has had on me, my physical health, my career, my family members, the communities that I now belong to, the reach I have had with my horses and skillsets, etc. It's completely his fault that I know there is more to life than a stable or pasture, that I can hold my own in the woods or in a strange city equally well, I can figure out if an engine is lacking fuel or fire, the value of cultivating friendships with good people, keeping plans, making time for traditions and memories of all kinds, cherishing the blessing that is a simple nap under a tree somewhere that you can't hear the sound of cars, trusting your own skills and decisions, and always striving to do better at something.

This man is the cheerleader of everyone, a notoriously colorful neighbor to many, but a lifeline to me, my family, and his. His current absence leaves a hole that no one else is grand enough to fill for us. This situation is a very rare instance where his undying optimist that things can always be sorted and turn out right went very wrong. It needs to be understood – he's not some reckless firebrand. No one knows him the way that I do and I know it had never dawned on him that this kind of misstep could ever be construed through a different lens

then his own. Adventurous spirit as he is, "That Jason" would never knowingly play with the high stakes that this situation has become and in doing so have risked his ability to serve as the critical patriarch of his family, dedicated mentor to his beloved nephews, loyal partner to me, and lynch pin of his businesses and ongoing dreams. I hope I've succeeded at providing a more accurate glance at who this man is and why he means so much to so many good people.

Respectfully,

Tara Jacobs

Owner/Head Trainer Cavalcade Stables

Founder and Executive Director of Freedom Reins Veterans Program

James A Butler

561 323-1944

The Honorable Donald M. Middlebrooks                              March 17, 2026
United States District Court Judge
West Palm Beach, Florida

Re: United States of America v. Jasen Butler
Case No. 25-CR-80093-Middlebrooks

Dear Judge Middlebrooks,

I want to take this opportunity to tell you a little about my eldest son, Jasen James Butler. I have started writing this letter over four times already. How can you truly sum up a person's life, background and character in a few short paragraphs.

Jasen is my eldest son and I have been residing with him since a hip replacement around eight years ago. To some, it may seem like a strange arrangement but for us, it works. He has basically become my caregiver over this time.

Jasen is the second of four children. He lost his oldest sister, our first child, in a tragic accident prior to his twelfth birthday. To say that was a very difficult time in his life would be a gross understatement. His brother, the father of his three nephews is a deputy with the Palm Beach Sheriff's Department, his sister a Safety Inspector in Cincinnati. Jasen did well in school, played sports with the JTAA, never drank, never smoked, never did drugs, stayed out of trouble.

After graduating UF with a major in linguistics and a minor in business and earning his TESL, which is a certification to Teach English as a Second Language, he decided to go to Israel to teach English to middle school kids for a year. They thought of him as a rock star view his height and he was loved by all those he touched. He was always invited to a different students family's home for dinner and Shabbat.

After the school year ended, he came back home to settle in the neighborhood in which he was brought up. He started to become more involved in our community first by starting a monthly outdoor market, then running for office as a board member.

After purchasing his house, Jasen would throw pot luck dinners at his home,  inviting everyone so neighbors could get to know each other. Soon after, he starting having an annual after Christmas/New Year bonfire party which has become one of the highlights of the year at the end of every January.

My son takes an active role in the education of his oldest nephew James by homeschooling him five days a week and was instrumental in getting James and his younger brother Jack enrolled in the Rise School, a small local grassroots alternative school. He helps the director of the school by donating supplies whenever needed. He even arranged to have a weekly science class at the local

Park not only for the kids that go to the Rise School but for anyone who wanted to attend. James now plays baseball in  the JTAA and Jasen practices with him to help him get better in all aspects of the game. He attends every one of his nephew's games.

Jasen cares very deeply about his community, his friends, his neighbors and especially his family. He has the utmost respect for service men and women and first responders. I've watched him anonymously pick up the restaurant check for police officers and service personal and their families on numerous occasions, pay for groceries for folks less fortunate,  Never asking for acknowledgement or thanks. He is loyal to a fault and has never turned his back on a friend or family member in need.

He proudly donates to and is one of yearly sponsors of the Wounded Veterans Relief Fund. He also sponsors the annual Flotilla Club Father's Day Fishing Tournament.

I hope when you look at my son, you see the man that I see.


Respectfully,


James A Butler

I am James Andrew Butler, and I am eleven years old. Jasen James Butler is my uncle, he is a very awsome one too. he always used to help me with baseball forege welding, and carpentry. We would also go for a lot of bike rides and we would ride our four wheelers too. We liked to go have picknicks and eat Publix chicken. we also liked to go to the library. I would always get so many books and we would love to put we would love to go fishing and most of the time we caught something. in basball we would practice pitching, catching, hitting, fielding, and sliding. He used to home school me too. we would do writing, math, language, reading, science, social studies, carpentry, forege welding, survival gardening, and art. he would also pay for private science classes and martial arts for me. I really miss him and I really hope that he can come back home, and not just me either. I have two other brothers and a sister on the way one is Jack Joseph Butler an other one is Jensen Albert Butler and the sister is June carly Butler. My sister doesn't really know but my other brothers miss him Jack is five and Jensen is two and we all hope he got out soon.

Johanna S. Butler
12039 169th Court N.
Jupiter, Florida 3478
561-818-1243
johannab@bellsouth.net

February 12, 2026

The Honorable Donald M. Middlebrooks
United States District Court Judge
West Palm Beach, Florida
RE: United States of America v. Jasen Butler

Case No.: 25-CR-80093-Middlebrooks

 Dear Honorable Judge Middlebrooks:

   My name is Johanna Butler and I am Jasen's mother, and the mother of his three siblings. Our youngest son is a policeman for Palm Beach County while my youngest daughter is a power plant safety officer, welder and studying veterinary medicine.  All our children were raised in a loving, nurturing, supportive home with a belief in G-d, family, service to others- and with a moral compass and clarity.  My husband and I were married for 35 years that were filled with love, dedication, and commitment to each other.  Our wonderful children flourished socially, academically, and athletically.  We created a beautiful home, a thriving oil brokerage business, and an exceptional family.

   I am told I have one fleeting moment to capture your attention. My intent is to express my personal insight with a few mere words; I face the impossibility of choosing the right words that may impact you, Your Honor. My hope is, in telling the truth about my son, that I may convince you that Jasen's uncharacteristic behavior and temporarily clouded moral judgement does not define the genuinely exceptional man he is.

   Upon the death of our eldest daughter by suicide in 1999 at the age of 17, the hidden grief, suffering and blame began the slow erosion and fracturing of our idyllic life and family. Jasen was only thirteen years old when he witnessed his older beloved sister's death. His little brother was just seven, and his baby sister was two.  Jasen took up the mantle of the eldest with love, strength, compassion, and grace. Even through overwhelming grief, emptiness and devastation, Jasen never faltered. This family fracturing took twelve painful years to manifest itself in the destruction and dysfunction of our business, and our family unit.

   From the time Jasen could walk, he was always a kind and loving soul. Raised with love and respect of all creatures (great and small), he'd spend endless hours and days nursing injured or abandoned animals. Whether a shoulder or couch for a friend or a band-aid, bottle and home for babies of any species, there was always a place in Jasen's heart and therefore our home.

1

Jasen's adolescence and high school years were spent dedicated to sports, family, and community. I spent many hours sitting in my car outside of school while Jasen's appointed task as peer mediator or tutor persisted well-past dismissal.  His teachers constantly praised his patience and dedication.  When Jasen wasn't in school, his time was filled with his siblings, working, coaching or umpiring community little league. Our home was always overflowing with friends of all ages drawn to his humor, warmth, and adventurism.

After high school, continuing higher education was never a question- only where he would attend.  Surprisingly, at seventeen he opted to enlist in the Marines.  Unfortunately, illness prevented him from finishing boot camp on MCRD Parris Island.  After his honorable discharge, Jasen enrolled at the University of Florida and graduated with his degree in Linguistics.

Following college, Jasen's heart drove him to volunteer in the Masa Israel program teaching elementary school English in Israel for 10 months.  During his time there he developed a deep connection to Israel and its people.  Under constant threat and continual barrage of missiles he attempted to enlist in the Israeli Defense Force to do his part in what he felt was right and just. Jasen was heartbroken when realizing he didn't qualify because of the four-year residency requirement.

G-d was truly watching over us when Jasen's Marines and I.D.F. ambitions failed.  In 2007, at the age of twenty, Jasen was diagnosed with a rare form of cancer. A fibromyxoid sarcoma tumor appeared on his right shoulder. Luckily, they only removed a large portion of his muscle and tissue. If the tumor had been diagnosed five years prior, doctors would have removed his entire right arm.  We were warned of the high metastasis rate, and he was instructed to consistently be monitored for the rest of his life. His only response was, "Don't worry mom, it's all good." His display of fearlessness and resilience shattered my composure.

After multiple surgeries and treatment, Jasen resumed his dedication to family, sports (as best he could), work and community.  Assisting in Temple, starting local community food markets, hosting open community barbeques, running for local office, umpiring, tutoring and coaching filled his days.

In 2013 I was diagnosed with breast cancer. My husband was unable to manage family and business, so Jasen stepped right into the fray tackling all demands with enthusiasm.

He was cooking, cleaning, running errands, tutoring his siblings, and meeting all challenges without complaint.  He was dependable and unwavering with an endearing smile, quick joke, and remarkable determination.

In 2015 Jasen started his own company without any assistance from anyone. He worked tirelessly to create a dependable, fair-market based, no frills oil brokerage business which mutually benefitted the industry and spent many years fueling government agencies without issue.

When Jasen's five-year-old and eleven-year-old nephews struggled in public school after Covid, he volunteered to homeschool them daily. Even after his incarceration, he still provides weekly tutors and classes, while asking and accepting nothing in return.  They enjoy many educational field trips to museums, galleries, space centers, and animal sanctuaries. He provides

2

for them willingly and wholeheartedly.  There is no one else that could so effectively fill his role in financial, emotional, and academic support.

I am 65 years-old now and of failing health. I have been living in our family home, only made possible by Jasen paying off our exorbitant mortgage. While taking care of me, he opened his home to his aged, ailing father.  He has provided a roof over our heads, food on our table, and clothes on our backs.  We could not survive or endure without Jasen's most crucial financial support.

Jasen has spent his life in service to others above himself, never expecting anything in return. His physical and financial contributions to our community, our veterans, are representative of his unselfishness, philosophy, and devotion.  Writing checks isn't necessarily a burden, but to offer oneself is true service and sacrifice- Jasen freely imparts both. Without Jasen's generosity, financial support, and guidance, an enormous burden would weigh on his loved ones and community. His selflessness has changed the lives of his young nephews and the impact he has on their education is irreplaceable.  The physical and emotional effects of his incarceration have been devastating as they've grown to depend on him. The eldest now requires professional emotional support while both boys require constant reassurance.

There are so many tragedies and triumphs I could describe to aid my attempt in gaining your sympathy, but I truly believe those avenues are well-traveled and fruitless. Instead, my wish is to portray Jasen's heart, strength, faith, and unshakable resiliency that has held firm through the worst of times from adolescence to adulthood.

I do not deny the stupidity of my son's actions nor make excuses no matter the mitigating circumstances. I believe he has paid for his mistakes with shame and humiliation to himself, and those around him. His actions created mistrust, and disrepute that has destroyed his interpersonal and working relationships with many friends, colleagues, and our community which reverberated throughout the business world. His choices have severely impacted himself and our family's lives forever.

Our family and our community have been blessed with first the child and now the man my son has become. His belief in G-d, sense of self and purpose is rare in this generation plagued by narcissism, selfishness, and self-gratification.  The loss of Jasen's future; his life wasted behind a wall of helplessness, disservice and defeat will have a devastating effect on the future of those closest to him – young and old. But would also deny our community and charities his desperately needed support and contribution.

Thank you for your time and consideration in making a true, fair, and just decision toward my son who is facing the consequences of his actions before this court.


Respectfully and with all humility,

Johanna S. Butler

3

16551 95th Ave

Jupiter

FL 33478

January 6th, 2025

To Whom it May Concern,

I have known Jasen Butler for over two years, since my family moved to Jupiter Farms. From my experiences with him he has always been a kind, caring, thoughtful and generous person.

He has twice invited us to join him at the annual Wounded Veterans Relief Fund event in Palm Beach where his company is one of the major sponsors.

Along with his father, he bakes edible gifts for friends, which they deliver together, on Thanksgiving.

He has hosted a community event on his property in Jupiter Farms for the last 8 years, to which he invites local families to join him for an annual Christmas event.

Everyone I have met through Jasen only has good things to say about him.

I believe I am a good judge of character, having lived and worked on five continents over the past 25 years.

I hope this letter can be of assistance.

Many thanks

Adam Williams

1/6/25



**Bart F. Peters, JD, MBA**
*Admitted in FL, CT*
**Eric Greenberg, JD, LL.M.**
*Admitted in FL*
**Jeffery Ray, JD, LL.M.**
*Admitted in FL*
**Stephen Photopoulos, JD, MST**
*Admitted in PA*

March 19, 2026

The Honorable Donald M. Middlebrooks
United States District Court Judge
West Palm Beach, Florida

Re:      United States of America v. Jasen Butler
         CASE NO.: 25-CR-80093-Middlebrooks

Dear Judge Middlebrooks:

I am a thirty-year practicing attorney licensed in CT and FL and have known Jasen since 2022.  Jasen's girlfriend is my wife's riding instructor, and through that relationship, I have spent numerous hours with Jasen at horse ranches, restaurants, events, and his home.  In numerous conversations and interactions, I've learned a bit about his family, his history and business.  I have the highest regard for him, his integrity, generosity, forthrightness, sense of humor and community spirit.

I'd be pleased to discuss further, and to provide any assistance I can.  Regards,

Sincerely,

_____
Bart F. Peters, JD, MBA
Managing Attorney

Re: United State of america v.
Jason Butler
Case No: 25-CR-80093

3-4-2026

To: Honorable Donald M. Middlebrooks.

My name is Celeste Condon. I am a 73yr old neighbor and friend to Jason Butler. I met him about 8 years ago. I saw something in his yard I liked and he was outside, so I called him over to ask about it. We have been friends ever since that chance meeting. We (my husband) and I see him several times in the course of the year. He is very kind & considerate & generous of his time when we see him. He is the kind of neighbor you want. He brings us baked goods every holiday season. He is a good neighbor and friend. The kind you want to have in your life...

Sincerely

Celeste Condon

Celeste Cowdon
15865 Alexander Run
Jupite, Fla

03\21\2026

- To the honorable Donald M. Middlebrooks, United States District Court Judge, West Palm Beach, Florida.

- case No.: 25-cR-80093-Middlebrooks

- My name is Doron Amitai, 36 ██ From Israel. I am a former Israeli Navy soldier, today I live in a small town inthe North Part of the country, and in more Peacefull days I work as a tour guide.

- My acquaintance with Jasen Butler began in May 2011 in Israel, on a Program called `Birthright`, which brings together Young Jewish People from around the world, which I Participated as a soldier, In the short five days I was in that Program I have became good friends with Jasen and offered to host him and another few Participants, at my home.
- Since then Jasen and I stayed in touch and a few years Later he came back to Israel to teach english to children from hard-working homes, for about a year. over this year, and then, few more times that Jasen came to Visit I learned to Know and appreciate a good, decent man who always tries to take care for his friends and other People. when I tolled Jasen that i have Problams with the costs of my wedding he even offered to Pay a big amount of money with out me even asking for. I Politely refused because I doNt believe in taking money from my friends but it touched me deeply. Jasen allways believed in the strength of body

CamScanner נסרק עם

and Soul. even when we went out he would never touch mind affecting Substances. Never drank or smoked anything and was always the responsable One.

* I was very surprised to hear about the case. it is not in Jasens nature to use fraud.
I have never seein him lying, he is always Polite to everyone.
I know he is So Proud of his work and cant imagine him doing anything to Jeopardize his career and Source of income.
every time he talked about his work Place, you could feel how enthusiastic he is about it So I really cant believe he would do anything that would jeopardize it.

- I hope this Letter would help to understand about Jasens good nature.

Sincerely,
Doron Amitai

נסרק עם CamScanner

The Honorable Donald M. Middlebrooks
United States District Court Judge
West Palm Beach, Florida

Re: United States of America v. Jasen Butler
Case No. 25-CR-80093-Middlebrooks

Dear Judge Middlebrooks,

My name is Emily VonAldenbruck, and I am currently a student in the process of applying to medical school. I respectfully submit this letter on behalf of Jasen Butler, whom I have known for the past six years. I understand the seriousness of this matter, and I do not write to comment on the charges or the legal issues before the Court. I write only to offer an honest account of the man I have known over a substantial period of time and the impact he has had on my life and on others around him.

Jasen has had a meaningful and lasting impact on my life. One of the clearest examples was during an especially painful period after the death of my grandmother. Her loss was deeply significant to me because I had lived with her while my mother was undergoing cancer treatment, so that period of my life carried both emotional and practical hardship. During that time, Jasen was one of the few people who offered steady, dependable support. He did not simply express sympathy and move on. He stayed present, checked in, and helped in ways that mattered. That consistency during a difficult time is one of the main reasons I have always known him to be someone people can depend on.

He also played a direct role in helping me stay financially afloat while pursuing my education. Over the years, he gave me opportunities to work and support myself by hiring me for a variety of jobs, including helping him on his barge, the Pickle Rick, cleaning up his yard, chopping firewood to resell, and helping identify business leads. These were not token favors. They were practical opportunities to earn money honestly at a time when I genuinely needed the work. For a student trying to remain in school and continue moving forward, that kind of help makes a real difference.

What has always stood out to me is that Jasen's generosity is practical. He notices when people need something and responds in a real way. When I was having health issues and getting sick from college dining hall food, he made sure I was fed. That may seem like a small act, but in my experience those smaller acts often say the most about a person's character. He has always been someone who paid attention when someone around him was struggling and tried to help in a concrete way.

Beyond what he has done for me personally, I have seen Jasen make a real effort to build community around him. In Jupiter Farms, he hosts a free gathering after the holidays where neighbors come together to burn old Christmas trees and support local bands. He has also created and supported events through "Jupiter Farms Keepin' It Local: Livestock / Local Businesses," helping bring attention and support to local families, businesses, and the broader neighborhood. In my experience, he does not simply talk about community. He actively tries to create it.

That same pattern shows up in an educational initiative he created called "Science in the Farms," where he invites homeschool parents and children to join a small class he developed to learn science through hands-on projects. I have always thought that effort said a great deal about the way he thinks. When he sees a need, he tries to create something useful. Taking the time to build a local space where children can learn, stay curious, and engage with science reflects real effort and real investment in others.

I have also seen that same sense of responsibility in the way he has stepped up for his family, especially his nephews. When he believed the traditional education system was failing them, he did not stand back and complain. He invested his own time and energy into helping teach them. From what I have witnessed and been told directly, he has tried to teach them how to think independently, how to work with their hands by rebuilding car and bike engines, the importance of fitness and healthy habits, and, most importantly, a real love of learning. What has been remarkable to me is seeing how engaged and knowledgeable they are; if you ask the kid something about a topic, he will be able to come up with a fully rounded answer. That does not happen by accident. It reflects patience, consistency, and genuine care on his part.

His generosity extends beyond family and neighbors. I know him to be a consistent donor to Jupiter Medical and to the Wounded Veterans Relief Fund. He has also participated in city cleanup efforts, including work that involved helping address unsafe and neglected public conditions that many people would rather ignore. To me, that matters because it shows that much of the good he does is not performative. He has often been willing to do inconvenient and unrecognized things simply because he believed they should be done.

I have also personally seen him help preserve another person's livelihood. He financially supported Stampar Jewelers so that its owner would not go out of business and could continue his career as a jewelry designer and salesman. That stood out to me because it reflected the same thing I have seen in other parts of his life: when Jasen sees a person or a path worth helping, he does not stop at words alone.

The same is true in smaller acts of generosity that, in my view, reveal a person's character just as clearly as larger ones. Jasen is known among friends and family for finding ways to give to others, whether by handing out Thanksgiving pies, sharing homemade Christmas treats, or making sure the people around him feel included and remembered. Those acts may not sound dramatic on paper, but they reflect a steady pattern of thoughtfulness and hospitality.

I have also seen him encourage people to pursue goals they may not otherwise have believed were possible. One example that stayed with me was his support of a former employee, Michael Head. After Michael shared that he wanted to become an MMA fighter, Jasen did not dismiss it as unrealistic. He encouraged him to pursue it and helped support him financially so he could take that goal seriously. That stood out to me because it reflected something I have seen repeatedly: when Jasen believes in someone, he does not stop at encouragement. He backs it with action.

He has done the same in my own life. Through his relationships and philanthropic involvement, he helped connect me to opportunities through Jupiter Medical that became meaningful stepping stones in my professional development. Those opportunities helped me strengthen my medical school application and obtain meaningful recommendations that I may not otherwise have had (I have now, since writing this email, gotten into medical school and I owe him a lot for it). He also took time to teach me practical lessons about long-term responsibility, including the basics of the stock market and the difference between short-term and long-term investing. What mattered to me about that was not only the subject itself, but the intention behind it. He was trying to help me think ahead, act responsibly, and build stability for the future. Despite all of the ways Jasen has supported me over the years, he has never treated that support as something to be repaid. The only thing he has ever asked of me is that I continue working toward my goal of becoming a physician and make something meaningful of the opportunities I have been given.

Jasen is also deeply committed to his family. I know that after his father underwent hip surgery, Jasen allowed him to live with him and personally helped care for him during his recovery. In my opinion, that kind of commitment reflects patience, loyalty, and a real sense of responsibility toward the people he loves.

At heart, Jasen has always seemed to me to be a simple man who's content in ordinary life: being in his yard with his chickens, going out to eat with friends, and riding his pony. I have never known him as a malicious person. I have never known Jasen to be someone willing to harm, exploit, or put others down for his own financial gain. In my experience, he has consistently used his time, resources, and energy to help people, not take advantage of them. The person I have known over these six years has been someone who helps people, creates work for others,

supports his community, mentors younger people, and finds meaning in family, friendship, and simple daily life.

In my experience, the conduct in this case is not consistent with the person I have known over the past six years. The Jasen I have known has been someone who gave me work when I needed it, helped me through grief, noticed when I was struggling, invested in children's learning, supported his family, encouraged others to pursue meaningful goals, and consistently found practical ways to help the people around him. That is the pattern I have personally seen over time.

For all of these reasons, I respectfully ask the Court to consider the full picture of his character. I can only speak from my own experience, but from that experience I can say that Jasen has made a meaningful difference in my life. I remain deeply grateful for the ways he has supported me, encouraged me, and helped me continue moving forward.

Thank you for your time and consideration.

Respectfully,
Emily VonAldenbruck

**To the Honorable Donald M MiddleBrooks, United  States District Court Judge West Palm Beach, Florida**
**Case Number: 25-CR-80093-Middlebrooks**
**Confidential Character Reference Letter**

**1/7/2026**

I am writing this letter as a confidential character reference for Jasen Butler. I am a certified dyslexia therapist and the owner of RISE School in Texas as well as RISE School in Jupiter Farms, Florida.

I first met Jasen when he was exploring educational options for his oldest nephew James Butler. This immediately stood out to me as both beautiful and unusual. In my professional experience, it is most often mothers—and occasionally fathers—who seek out educational opportunities for children. I had never before encountered an uncle who not only sought out schooling, but also took full responsibility for establishing and sustaining it for his nephew.

Over time, I came to understand that Jason's nephew stays with him five days a week and often overnight. Jasen fully organizes and financially supports his nephew's education at RISE School, as well as all supplemental opportunities including electives, art classes, karate and martial arts, science activities on Fridays when school is not in session, playdates, and more. Beyond logistics and finances, Jasen is his nephew's primary source of stability. He provides consistent presence, structure, and meaningful engagement in his nephew's daily life.

It is very clear to me that his nephew's success is directly tied to Jasen's involvement. This is a rare and powerful dynamic to witness. I have come to know Jasen not only through direct interaction, but also through the lens of his leadership and mentorship in his nephew's life. I have also heard Jasen reflected through his nephew's voice—stories of regular trips to the library, special projects Jasen built and thoughtfully gifted him for Christmas, including plans to build an entire personal library in his nephew's home.

The depth of connection, intentionality, and emotional regulation that Jasen brings into his nephew's life is difficult to fully capture in words. It is something I deeply admire. It speaks strongly to Jasen's character, integrity, and most importantly, his consistency. Consistency is something many people lack, yet it is essential in a child's life to create lasting, meaningful impact. Although I have known Jasen and his nephew for approximately a year and a half, Jasen's consistency has never wavered. This school year in addition to James being at school, his little brother Jack has now joined the school due to the financial contribution of Jasen.

The character I can speak to is only what I have personally witnessed. I greatly admire Jasen as a person, as an adult, and as a leader in both of his nephews' lives and he has my full trust. He is profoundly needed at this critical time in their development, and his presence, care, and unwavering commitment are paramount. Hearing the oldest James speak about not knowing how his relationship with his uncle will be affected or how his life as he knows it could be

changed has me the most concerned. For further clarity or to answer additional questions, you are welcome to contact me.

**Respectfully,**
**Felicia Smith CALT**
**RISE School TX and FL**
**903-227-7059**

To:

The Honorable Donald M. Middlebrooks,

United States District Court Judge

West Palm Beach, Florida.


I, Garrett Jacobs am writing this letter to you regarding United States of America V. Jasen Bulter Case Number 25-CR-80093-Middlebrooks.

In the 11 years of being Jasen's friend, I have known him to be a kind, thoughtful person with good moral character. Jasen has demonstrated that he is a valued member of our community, for many years he has done yard and house maintenance for his sick elderly neighbors because they struggled to accomplish those tasks. He organizes an annual Christmas event at his home where everyone is welcome. He hangs fliers all around town with hopes that the whole town will attend. Many of the people that showed up have never met each other even though they had lived in the same area for years. This annual event brings the community together, builds friendships and opportunities.

Jasen has always been helpful and reliable to my family and his. On several occasions he has cancelled weekend plans to help my family move and repair disabled vehicles. He has assisted in organizing and setting up several large family gatherings, including two weddings. In recent years, he has taken on the responsibility to homeschool his two nephews. This has helped lighten the workload on his brother's family and has built an overall stronger family dynamic.

I also have known Jasen to be a very generous person. I have been at dinner with Jasen on several occasions where he will strike a conversation with the waiter or waitress and learn what their future aspirations are. Then during the conversation Jasen has offered to gift them funds that would pay for their college in part or in full. After the first time he did this with me present, I asked him why he would offer that to a stranger. He told me that he just enjoys helping people and that a piece of paper (money) shouldn't hold someone back from being able to accomplish their dreams. Additionally, Jasen's compassion and generosity has had a tremendous effect on my life. Jasen noticed that I was struggling to keep up with payments on my college student loan. He reached out and offered me a zero-interest loan to pay it off. This action has greatly impacted my life providing me with more financial freedom and overall less stress in life.

Despite the current circumstances, I know for a fact that Jasen Butler is a person of good moral character and is a valued member of our community. I hope you consider this reference letter when determining the outcome of this case.

Sincerely,

Garrett Jacobs

12/30/2024

Dear Honorable Judge,

I am writing this letter in support of Jasen Butler who is appearing before your court. Jasen has been a friend of mine for 5 years. Because I am confident in his character, integrity, and responsibility, I am honored to provide this character reference on his behalf.

During the time that I have known Jasen, I have witnessed his dedication and generosity towards his family, friends, and community. One of his many passions is supporting, with his time and money, the Wounded Veterans Relief Fund. This organization provides urgent financial assistance and dental care to disabled and wounded veterans in our local community. Every year Jasen is a sponsor of their Night of Honor Gala.

Not only is Jasen patriotic, but he is also one of the most loyal and giving people I know. During the pandemic, he gave out cases of Black Rifle Coffee to first responders when he ran into them out in Jupiter and West Palm Beach. His generous spirit also applies to his family and friends as well. Time and time again, I've seen Jasen be the first person to step up to help a neighbor in need, or a family member struggling to make ends meet.

I am aware of the seriousness of the charges against Jasen, and I do not wish to downplay the gravity of the situation, however, I firmly believe that the charges against Jasen are not reflective of his true character. Throughout our friendship, Jasen's actions and decisions have always been guided by a strong moral compass and a deep respect for his community and the law. From what I have witnessed, he has been a person of strong moral principles, and I feel confident that he will continue to uphold these values moving forward.

In conclusion, I respectfully request that you take this letter into consideration when determining Jasen's case. If you require any further information or clarification, please feel free to contact me at gmalcom@hpsfl.org.

Sincerely,

Ginny Malcom

Social Worker
Healthy Families Florida

Gregory Gargiso
1967 SW Whitemarsh Way
Palm City ,Fl 34990 718-473-5208
ggargiso@icloud.com

RE: United States of America  v. Jasen Butler
Case NO.:25 CR-80093-Middlebrooks

The Honorable Donald M. Middlebrooks
United States District Court Judge
West Palm Beach , Florida

I am a retired FDNY Captain (Fire Dept. City of NY) 9/11  /cancer survivor who moved to Florida in 2020 to enjoy said retirement with my wife of 35 years Karen Gargiso

I first met Jasen at an after Christmas Party now 4 years ago. Remarkably, the event was an open invitation to the neighborhood at his Jupiter address with over a hundred of his neighbors and and their children in attendance. This party has become so endearing  it is now a yearly event. In addition I was invited to several galas by Jasen , several for wounded veterans and also for the Jupiter Medical center. I have come to see in addition that Jasen , the eldest son has taken on the care of his extended family in a way that frankly you dont see much of anymore
As my friendship with Jasen Butler has grown, I continue to witness his generosity and kindness to all walks of life. I firmly believe that the actions alleged in the charges against him are not his true nature, whatsoever, and a grave mistake has been made.

I kindly request the courts' consideration of Jasen Butler's character and previous contributions to society.

Thank you for reviewing this letter. Please do not hesitate to contact me at the provided details.

Sincerely,


Gregory Gargiso

**Jeanine Goodstein**
**Executive Vice President**

**Phone: 800.858.5256 (Ext.3277)**
**Mobile: 305.775.5918**

**unitedtranzactions.com**

To: **The Honorable Donald M. Middlebrook,**

**United States District Court Judge, West Palm Beach, Florida**

**RE: United States of America v. Jasen Butler**
**CASE NO.: 25-CR-80093-Middlebrooks**

**Dear Judge Middlebrooks,**

**I am not sure if you will actually read all the letters sent to you regarding Jasen but I felt that I must try.  Jasen is my nephew and I have known him since his birth.  He was always a sweet and protective brother and a warm and adorable child. He loved deeply and with abandon.  Unfortunately, the one person he loved the most he could not protect, as his sister (Jacqueline) took her life at 17 by hanging herself in his childhood backyard. Jasen was a nine year old child when his older sister killed herself; it has had an effect on him for most of his life. Unfortunately for him and his brothers and sisters, his parents did not believe in therapy and would not allow it. He learned that life is hard and that he cannot trust authority to keep him and his brothers and sisters safe. He also learned how important it is to take care of others; especially your family members around you. As his parents fell apart from losing their oldest daughter to suicide, he became a parent for his younger brothers and sisters at the age of ten.**

**I know Jasen, he then became a fierce protector of his little sister, Jenny who was new born at the time and Jesse his little brother who was 5 when this happened.**

**Jasen, after losing his sister, even when it was time to leave home, would not leave.  He stayed for many years watching over Jenny the youngest, and Jesse, to make sure they didn't ever hurt themselves or worse do what their elder sister did due to their tough life.**

Life gets hard for every child at some point and Jasen's research told him that the probability of another sibling commenting suicide was a real one.

The statistics were high that another child might follow suit.  Jasen was not taking any chances with his sibling's lives; put his life on hold until Jenny turned 18.

Due to money issues, as his parents, lost everything after Jacqueline died, Jasen got a job to help support his parents and supported his sister through college, He also helped and still does, his little brother when he had a child and no money. Jasen worked like crazy to support and help the whole family. This has always been and continues to be Jasen's primary concern; a very tough situation for any person, not to mentioned an emotionally abused young man.

When his mother got cancer and could no longer be present at all, Jasen stepped up. When his father lost his business, Jasen stepped up.

I believe that with my whole heart that Jasen loves deeply and feels a strong sense of never ever wanting to be in a position not to help those he loves and those who need him.

He has stepped up and supported his brother, who is sheriff now and doesn't make much, to support his 3 now going on 4 children.  Jasen helps to put them through school and their other needs.

Much to his detriment, the pressure, the responsibly, and the fact that he never got the help or therapy he needed to deal with the home situation (and his sister's suicide), with all the responsibility and needing to take care of everyone, not just a few family members but everyone,  Jasen has had a hard life. I know it may not look like it but he has been horribly sad and played the (I'm ok to the world mask) his whole life and what he needs is for someone to finally step up and take care of him.

Isn't is our responsibly as a society to offer a mental health solution rather than just punishment.   Jasen is a good soul.  He is warm and truly is a giver, but a soul that needs support and some help with dealing with his past pain and emotional abuse.

Thank you sincerely for hearing my words and I pray considering all that Jasen is and has been through his whole life.

Jeanine Goodstein

Dear judge Middlebrooks,

My name is Jenna Monroe, I am Jasen Butler's sister-in-law. I have known Jasen for over 14 years. During this time I have watched him go through college, teaching children in Israel, then coming back to Florida to start his business. I have always known Jasen to be a very giving person. He homeschools my 11 year old son James and my five year old Jack. He dedicates a lot of his time with his nephew's, teaching them how to ride a bike, to hunting. My husband and I are very grateful to have him part of our kids daily routine. Jasen has been such a great influence on them.

I have always known Jasen to be an honest person. He has always helped our family if we have gone through any personal struggles. Jasen grew up in Jupiter and he has a yearly tradition to get the community together. He has a potluck with a band at his house with a bonfire for the neighborhood to enjoy. He loves to bring people together.

Jasen started a nonprofit organization called keeping it local to help small businesses strive. He has also given me knowledge to help me grow my personal business. Jasen has become a very close friend to me over the years and we are very happy to have him part of our family. Thank you for considering my letter and I believe Jasen Butler is a good person.

Thank you,
Jenna Monroe
3/8/2026

To: The Honorable Donald M. Middlebrooks,

United States District Court Judge, West Palm Beach, Florida


RE: United States of America vs. Jasen Butler

Case No.: 25-CR-80093-Middlebrooks

February 24,2026


Dear Judge Middlebrooks,

My name is Jennifer Morris, and I am an aunt of Jasen Butler.  His mother is my younger sister so obviously I have known Jasen all his life.  My husband and I have been married going on 48 years and we currently reside in McKinney, Texas.  I have worked for the same company for over 30 years- The Queen's Flowers in Miami, Florida. (I am in sales and work from my home location)  I tell you all this Judge Middlebrooks so maybe you will partially understand the person writing to you about Jasen Butler, the defendant in one of your cases.

Jasen had a wonderful upbringing- but also a very tough one.  My sister was very vocal and demanding and ran a very tight ship.  Jasen's father was silent throughout most of his younger years.  It is not easy for me to talk about my sister, but I need you to understand where Jasen evolved from.  When his older sister Jacqueline died by suicide at 17, it shook our entire family to its core.  It not only shook Jasen, it devastated him.  He was only 12 at the time.

I remember Jasen and Jacqueline would come visit my family when we lived in Bloomington, and West Lafayette, Indiana.  I have 2 sons and they were all very close.  The visits would last for weeks, and when time to leave they would beg me to call their mother to extend the visits.  She never would extend them.  Jasen and Jacqueline loved this time away from home, and this time together just being kids.

When Jacqueline died, Jasen didn't/couldn't understand what happened.

Jacqueline had left him.......................

Jasen became angry- very angry at everyone, but especially his mother.  Blames her today for the suicide.  Jasen never was able to get into therapy, had no way to deal with his emotions, and his mother and father weren't talking about what happened.  My sister didn't believe in therapy so Jasen was left on his own.  I am not a therapist but I saw firsthand the strong wall Jasen built around himself, this wall around this  weak and fragile 6'5" towering figure.  I know that he thinks of Jacqueline everyday, and thinks about not being able to help her.  I believe that is why today he helps anyone that needs him.

Jasen is very caring and a generous soul.  He would give the shirt off his back if you needed it.  I know that he helps his brother with his expenses, and was home schooling his 10 year old nephew James.  Jasen pays for all their vacations together, and just takes care of anyone around him.  Jasen is actually very sensitive and kind though you would never know/see it to look at him.

Spend an hour with Jasen- one on one and you will see what I am talking about.

My hope Judge Middlebrooks is that you can show some compassion for a man that desperately needs it.

April 12, 2025

Re:  Jason Butler

To Whom It May Concern,

My family met our neighbor, Jasen Butler, five years ago in January. It's a funny story, actually. His truck broke down in front of our home, and one of my children went to get his father to help Jasen. Every year Jasen hosts a huge community Bonfire and Party, and Jasen invited us to join. We've been attending annually ever since. This bonfire has been a great opportunity for neighbors to meet and get to know one another. It's a service to the community.

I host food forest tours to try to inspire my neighbors to grow more food at home. Jason attended one of my tours years ago, and has planted hundreds of fruiting plants in his yard since. I'm proud of this transformation!

I own a small business called Food Forest DIY. I sit on the boards of several organizations, including Real Life Children's Ranch, Recovery Church Movement, and Women Impacting the Nation. I'm very active in my local community and grateful for good neighbors like Jasen.

Jasen has been a friend to us. He's helped us when we've needed help. He drives to Miami every December to buy delicious Amish Cinnamon Rolls for his neighbors, and his Dad makes candy walnuts. They give us these every Christmas, never expecting anything in return.

Jasen is a great neighbor and friend.

Sincerely,

Jennifer Reelitz

Jeremy D. Adam
12368 150th CT N
Jupiter, FL  33478

January 6, 20225

To Whom It May Concern:

I am writing this letter as a character reference for Mr. Jasen Butler, who I have had the privilege of knowing since 2020 when my family and I moved to Jupiter Farms, FL. Jasen was the first neighbor to welcome us to the area, bringing over a carton of fresh eggs from his chickens as a gesture of kindness and goodwill. This first impression was a reflection of the generous and compassionate person Jasen is.

Jasen is a hardworking individual who is deeply passionate about his community and the environment. He consistently goes above and beyond to foster a sense of togetherness and mutual support among neighbors. One of the most remarkable examples of his leadership and community spirit is his annual New Year's bonfire, where neighbors come together to celebrate, connect, and build strong bonds. This event, hosted entirely at Jasen's property, would not be possible without his initiative, generosity, and dedication to fostering community ties.

Throughout the year, Jasen continues to demonstrate his thoughtfulness and compassion by delivering meals and desserts to neighbors, particularly those who live alone. These acts of kindness, done entirely at his own expense, bring joy and positivity to others, especially during the holiday season. His efforts are a testament to his selflessness and genuine care for those around him.

Jasen is highly regarded within our neighborhood, where he is seen as a leader and a source of camaraderie. His reputation is one of positivity, integrity, and a deep commitment to making our community a better place for everyone.

While I am not fully aware of the details surrounding the allegations against Jasen, I can confidently say that his character is one of honesty, generosity, and respect for others. It is deeply troubling to imagine that someone who has consistently shown such kindness and leadership could face consequences that seem so contrary to the person we know him to be.

I respectfully urge you to consider this letter as a testament to Jasen's good character and the positive impact he has had on our community. He is a person who embodies the values of compassion, generosity, and community spirit, and I am honored to support him in this capacity.

Thank you for your time and consideration.

Sincerely,
Jeremy D. Adam

JASON -

ANGIE N I WANTED TO 'RING IN THE NEW YEAR' TO SAY THANKS FOR YOUR NEIGHBORLY FRIENDSHIP. WE HAVE A NICE COMMUNITY AND YOU ADD TO IT WITH THINGS LIKE INVITING THE WHOLE NEIGHBORHOOD TO YOUR HOUSE FOR THE XMAS TREE BURNING + POT LUCK. NICE TO HAVE PEOPLE IN THE AREA THAT YOU CAN DEPEND ON

JIM N ANG SPOSATO



**The Honorable Donald M. Middlebrooks**

United States District Court Judge

West Palm Beach, Florida

**Re: United States of America v. Jasen Butler**
**Case No.: 25-CR-80093-Middlebrooks**

Dear Judge Middlebrooks,

My name is John Rourke. I am the Founder of We Fund the Blue Foundation, a 501(c)(3) nonprofit organization dedicated to supporting law enforcement, military service members, and conducting large-scale community cleanup missions across the United States. I am also a retired United States Army Staff Sergeant and have spent the last several years organizing service initiatives in cities such as Washington, D.C., Philadelphia, Baltimore, and along the southern border. I write this letter in support of my friend, Jasen Butler.

I have known Jasen for several years and have worked alongside him on multiple charitable missions. During that time, I have come to know him as a dependable, service-oriented, and compassionate individual who consistently steps forward when help is needed.

Jasen has participated in several of our national cleanup initiatives, including missions in Washington, D.C. and Philadelphia. These are physically demanding, long days focused on removing trash from neglected communities, feeding volunteers and first responders, and serving people who are often forgotten. Jasen volunteered his time without hesitation. He showed up ready to work, never seeking recognition, and always focused on the mission at hand.

What stands out most about Jasen is that he has always answered the call. Whether it was logistical support, boots-on-the-ground labor, or simply being present when we needed manpower and leadership, he was there. In the nonprofit world, you quickly learn who you can count on — and Jasen is someone I could consistently rely upon.

In my experience, his conduct in this matter is not reflective of the character I have known. The man I have worked beside is respectful, hard-working, and committed to serving others. He has demonstrated loyalty to our mission of improving communities and supporting those who protect and serve this country.

Additionally, I have personally witnessed the way Jasen interacts with others during our missions. He treats people with dignity, whether fellow volunteers, law enforcement officers, or members of underserved communities. He leads by example through action rather than words.

I respectfully ask the Court to consider the full scope of Jasen's character — not just as an individual before the Court, but as someone who has contributed meaningfully to efforts aimed at bettering our communities. I firmly believe he has the capacity to learn, grow, and continue being a positive force in the lives of others.

Thank you for your time and consideration.

Respectfully,

John Rourke
Founder
We Fund the Blue Foundation

Hello,

My name is Juan Cardenas, I reside at 12485 150th Ct N in Jupiter, Florida.  Recently when asked if I would write a letter to attest to the character of my neighbor, Jasen Butler, I did not hesitate.  I have known Jasen for approximately 7 years since he moved in across the street from me.  He has always been a friendly, kind, and considerate neighbor.  A proud American who flies the American flag 365 days a year. A generous person who invites all the neighborhood to his house for potluck dinners every year and other celebrations.  He is always offering to give what he has to others, whether it's eggs from his chickens, fruit from his trees or mulch from his property.  Every year at Thanksgiving time he bakes homemade pumpkin pies and hand delivers them to his neighbors. Jasen is also always quick to offer a helping hand.  To say that Jasen is an asset to our neighborhood is an understatement.  He exemplifies what it means to be a good neighbor.

Sincerely,

Juan Cardenas

12485 150th Ct N

Jupiter, FL 33478

561-512-8050

Dj402@bellsouth.net

Karen Gargiso
1967 SW Whitemarsh Way
Palm City ,Fl 34990
kgargiso@icloud.com

RE: United States of America  v. Jasen Butler
Case NO.:25 CR-80093-Middlebrooks

The Honorable Donald M. Middlebrooks
United States District Court Judge
West Palm Beach , Florida

I am a retired NYC school teacher who moved to Florida in 2020 to enjoy my retirement with my husband Gregory Gargiso

I first met Jasen at an after Christmas Party now 4 years ago. Remarkably, the event was an open invitation to the neighborhood at his Jupiter address with over a hundred of his neighbors and and their children in attendance. This party has become so endearing  it is now a yearly event. In addition , his contributions to Jupiter Medical and Veterans organizations have been numerous and continuous.
        Since meeting and befriending Jasen, I have acquired a part time job thru Jasen , teaching his nephews school. He has befriended this local homeschool operation and has continued to invest in not only his nephews education but the whole school and thereby neighborhood.

I kindly request the courts' consideration of Jasen Butler's character and previous and ongoing contributions to society.

Thank you for reviewing this letter. Please do not hesitate to contact me at the provided details.

Sincerely,


Karen Gargiso

Kasey Timor
1 Windsor Rd W.
Jupiter, FL 33469
February 16, 2025


The Honorable Donald M. Middlebrooks
United States District Court Judge
West Palm Beach, Florida

Re: United States of America v. Jasen Butler, CASE NO.: 25-CR-80093-Middlebrooks


Dear Sir or Madam:

Striving to be direct and to the point like Mr. Jasen Butler, I am writing this brief letter to describe my experiences with Mr. Butler, a close family friend and fellow citizen of Jupiter, FL.

I have dedicated my life to supporting and restoring communities and neighborhoods both locally and around the world, even training citizens and professionals on how to mitigate risks and maximize community resources.  Some people must be trained in how to foster community and provide support for others in times of need or everyday living; nobody taught Mr. Butler how to do that, he just does so on a daily basis. Community is one of his base values, concrete to his being — for friends, family, and complete strangers.

Just last month my husband and I went to a local festival with our daughter and met up with some friends we hadn't seen in a while. Somehow in conversation about raising chickens it was relevant to mention Mr. Butler and within seconds our friends realized they had met him a few years back. They met when Mr. Butler was selling firewood on the side of the road in his neighborhood and wound up gifting them with fertilized chicken eggs from his home farm, a sacrifice for any small-scale food producing household. That is just one of many examples I have heard or witnessed from strangers over the decade of knowing him.

More personally, Mr. Butler has been a family support for my siblings and mother to where my husband and I know that should we need anything, night or day, he will be there for us to lend a helping hand.  Whether it's lending us a tool or his trailer, pulling out stumps, building a fence, driving us to the hospital, or picking us up if our car breaks down on the other side of the state, we wouldn't hesitate knowing that he will be there if we call.

I hope my experience and observations of the community, helping-hand character of Mr. Jasen Butler provide assistance to the proceedings.

Sincerely,

Kasey Timor

The Honorable Donald M. Middlebrooks
United States District Court Judge
West Palm Beach, Florida

Re: United States of America v. Jasen Butler
Case No.: 25-CR-80093-Middlebrooks

Dear Judge Middlebrooks:

My name is Kristi Huddleston, and I am the Founder and Executive Director of Harmony Hope Stables, a nonprofit organization dedicated to helping children in need. I am also a resident of Martin County, where I live and operate our farm with my family.

I have known Jasen Butler for approximately three years. He purchased the property behind my farm around that time, and since then we have had a number of interactions as neighbors and socially. While we are not close personal friends, we have spent time together on multiple occasions. Jasen has been a guest in my home for dinner and attended our Christmas celebration. My family and friends have also visited his home in Jupiter. In total, I would estimate that I have been in his company a dozen or more times over the past three years.

In all of my interactions with Jasen, he has consistently presented himself as respectful, courteous, and kind. He has always conducted himself as a gentleman in my presence and in the presence of my family and friends.

Jasen's company, East Coast Marine Fueling generously sponsored our annual Boots and Blue Jeans Gala at the $500 level of sponsorship. His support contributed to the success of our event and reflected a willingness to support local community efforts. Additionally, for the past three years, he has delivered pumpkin pies to our home on Thanksgiving — a thoughtful gesture that my family sincerely appreciated.

Because I do not know Jasen on a deeply personal level, I cannot speak to every aspect of his life. However, based on my personal experiences with him over the past three years, I have known him to be polite, considerate, and supportive within our community.

Thank you for your time and consideration.

Respectfully,

Kristi Huddleston
Founder & Executive Director
Harmony Hope Stables
Martin County, Florida

**Mary Mairano**
12564 150th Ct No
Jupiter, FL 33478
561-662-1462

The Honorable Donald M Middlebrooks
United States District Court Judge
West Palm Beach, Florida

Case No.: 25-CR-80093-Middlebrooks

March 10, 2026

Dear Judge Middlebrooks,

Thank you for taking the time to read this letter.  I would like this letter to be used as a character reference for Jasen Butler.  Jasen has been a neighbor of mine since August 2017.  His family are long term residents of the Jupiter Farms Community.  Since that time, I've gotten to know Jasen quite well.  In my opinion, Jasen is a kind and caring individual.  I have watched him take care of his family, his animals and others.  Jasen is also charity driven.  He sponsors charities such as: kids fishing tournaments, various KDW tournaments, Holiday Toys 4 Tots Boat Parades, Fishing against Prostate Cancer, Palm Beach County Sheriff's Department and Wounded Warrior Benefits.

On a personal note, Jasen has been there for me and the neighbor on his other side on numerous occasions.  When my husband unexpectantly needed open-heart surgery for an aneurism and valve replacement during Covid, he noticed that my husband's truck didn't move.  He stepped in, cut my lawn, brought my trash cans from the street to my house and grocery shopped for me.  I couldn't ask for a better neighbor! His heart is big and there is so much more!

In conclusion, I will vouch for Jasen anytime and anywhere.  There should be more citizens and neighbors like him!

Sincerely,


Mary Mairano



To Whom It May Concern,

It is with great pleasure that I write this letter of reference for Jasen Butler, who is a dedicated and compassionate member of our community. Jasen has consistently demonstrated his unwavering commitment to supporting veterans and their families through his work with the Wounded Veterans Relief Fund (WVRF) and other charitable organizations.

Jasen's contributions to WVRF have been invaluable. He has generously sponsored fundraising events, playing a critical role in raising the financial resources necessary to support veterans and their families living in Florida. His sponsorships have directly contributed to vital programs, including homelessness prevention and critical dental care for veterans.

Beyond financial support, Jasen has shown a deep personal commitment to the well-being of veterans. He has volunteered his time during the holidays to collect and distribute food for veterans, ensuring they feel appreciated and cared for during a time that can often be challenging. His actions reflect a genuine understanding of the sacrifices our veterans have made and a determination to give back in meaningful ways.

In addition to his work with WVRF, Jasen supports other charitable organizations and their missions, further underscoring his dedication to making a positive impact. His philanthropic spirit and willingness to step forward when needed have left a lasting impression on all who have worked with him.

Jasen is an asset to our community, and we are fortunate to have someone of his caliber among us. His generosity, kindness, and dedication to helping others are truly inspiring, and I wholeheartedly recommend him as a person of outstanding character.

Michael Durkee
Executive Director
Wounded Veterans Relief Fund

3/19/2026

The Honorable Donald M. Middlebrooks
United State District Court Judge of West Palm Beach
Ref. United States of America Vs Jason Butter
Case number 25-CR-80093 - Middlebrooks

Hello my name is Patricia Jacobs, I live in
Stuart Fl for the past 14 years. I am a nurse
Case manager and a mother of 3 grown children.

I have known Jasen Butter for approp
10 years. Jasen became friends with my son
as a hunting + fishing buddy one time Jasen
became a close family friend over time and
when he started dating my daughter years
ago.

Jasen is a kind, funny, Intelligent, caring
person. Jason is willing to help when ever
needed on many occasions. One example
I needed to go to the ER on Christmas day
of 2024. I called Jasen at 6 am and asked
if he can take me to the ER. Jasen did
not hesitate even with it being Christmas
day. he drove 30 mins to pick me up and drive
me to the Hospital, stayed with me until
my daughter could arrive. This is only one
example of so many.

The reason I am writing this letter I believe Jason had a lapse of good judgment in this situation, I hope this letter shows the other side of Jason who is helpful, Karing, kind and has a good heart and is a good person.

Sincerely
Patricia Y Jacobs

**Bauer Newman Mathura PLLC**       251 Royal Palm Way       Rani Newman Mathura, Esq.
                                    Suite 601                Phone 561-701-8703
                                    Palm Beach, FL 33480     Fax 561-701-8719
                                                             rmathura@bauernewman.com
                                                             Admitted in CT, FL, MI and NY

March 18, 2026

The Honorable Donald M. Middlebrooks
United States District Court Judge
West Palm Beach, Florida

Re:     *United States of America v. Jasen Butler*
        *CASE NO.: 25-CR-80093- Middlebrooks*

Dear Judge Middlebrooks:

I have been a trusts and estates attorney licensed in several states for over thirty (30) years. I have resided in South Florida on and off for decades. Currently, I reside in the same neighborhood as Jasen Butler and we have several friends and acquaintances in common.

I have known Mr. Butler since 2022 when I met him at my horse trainer's stable. Mr. Butler is someone who cares about his friends, family and his community. Mr. Butler is a hard-working, self-made man. He built his business from the ground up and devoted hours of time to it. That being said, he still made time for family. Mr. Butler is devoted to his young nephew, taking him under his wing, teaching him life-skills and acting as a father to him. Mr. Butler strives to help those around him reach their potential. When I mentioned that a friend of my family was starting a business, Mr. Butler offered his assistance and counsel, even though he had never met my friend. Upon moving to the area, I researched local activities and learned that Mr. Butler had organized a community farmer's market so that the local residents would have a place to meet and sell their wares. In addition, I have known Mr. Butler to be generous with both time and money to charitable causes throughout the years, especially veteran's affairs. From the first day I met him, I have been impressed by Jasen Butler's strong work ethic, loyalty, honesty, trustworthiness and care for his fellow humans.

I would welcome the opportunity to discuss this letter or Jasen Butler in further detail.

Sincerely,

Rani Newman Mathura

251 Royal Palm Way, Suite 601          11450 SE Dixie Highway
Palm Beach, Florida 33480              Hobe Sound, Florida 33455

UNITED STATE & AMERICA V.
JASON BUTLER
CASE # 25-CR-80093

3-4-2026

To: Honorable Donald M. Middlebrooks

My name is Robert LONDON. I am 76 years old and I live about a mile from Jason Butler. It's been my extreme honor and pleasure to Know Jason for almost 10 years.

I've always Known him to be extrem friendly and generous with his time and home life. We (my wife + I) have had many occasions to socialize with him and his family. At his parties he was extremely cordial to all of his guests.

When you live in a community like Jupiter Farms it's real easx to spot the nice from the wot so nice neighbors

Page 1 of 3

We've lived here for over 12 years and Jason is the nicest, kindest and most generous (especially of his time) that we have ever met. In my background I was a manager at Walmart (18 years) and you get to spot good people from bad.

I know everybody makes mistakes. and apparently Jason has made one. I know in my heart he did not do it maliciously. Why it was done I do not know all the details. I know Jason Never means to hurt anything or anyone in his personal or buisness life! He is sorely missed by the community. Your honor, I pray that you can

Page 2°

find in your heart to grant him as much leaniancy as possible. Please do not throw the book at him. He is a wonderful person and deserves any Kindness in your heart to grant him.

I am 76 yrs old. Through life I have learned there are evil people and good people out there that make mistakes. Jason is one of the good ones. I back his personality 150%. He is a fine upstanding comunity oriented person with high morals + outstanding character. Thank you for considering my request.

Page 3

Sincerely

Robert London
(Robert London)
15865 Alexander Run
Jupiter, Fla
561-523-2207

**March 22, 2026,**
12502 150th Ct. N.
Jupiter, FL 33478

**The Honorable Donald M. Middlebrooks**
United States District Court Judge
West Palm Beach, Florida

**Re: United States of America v. Jasen Butler**
**Case No.: 25-CR-80093-Middlebrooks**

**Honorable Judge Middlebrooks,**

I am writing to provide a character reference for James ("Jasen") Butler based on both my professional and personal experiences with him over the past six years.

By way of background, I am the co-owner of Faraldo Fuel Service in Key West, Florida, a business my wife and I have operated for many years serving commercial and private marine clients throughout the Florida Keys. I first met Mr. Butler when he contacted our company to supply fuel for a vessel he was operating while visiting the Florida Keys. Shortly thereafter, in his capacity as a fuel broker, he began engaging our services to provide fuel for his customers throughout Monroe, Broward, Palm Beach, and St. Lucie Counties. Since that time, we have worked together on numerous transactions.

Throughout our professional relationship, Mr. Butler has consistently demonstrated a high level of integrity, reliability, and professionalism. He has always shown genuine concern for his customers, often going out of his way to ensure services were delivered efficiently and to a high standard. From my direct experience, he has been dependable in every respect and has always met his financial obligations, paying all invoices in full and on time, without exception.

Over the years, our professional relationship developed into a personal friendship. My wife and I have spent time with Jasen and his partner, Tara, on many occasions, including dinners and community events. I have come to know him as a person of strong character, generosity, and respect for others. I have personally observed his willingness to support charitable causes and community efforts, and he has invited us to events that he has supported, demonstrating his commitment to giving back.

In my experience, Mr. Butler has also made a positive impact on those around him through his professionalism, reliability, and the respect he shows to both customers and colleagues. In an industry where trust and accountability are essential, he has consistently upheld those values.

Based on my knowledge of Jasen over the past six years, the conduct that has brought him before the Court is not consistent with the character I have come to know. In my opinion, it is an aberration from the responsible and principled individual I have experienced both professionally and personally.

I respectfully submit this letter for the Court's consideration and attest to Mr. Butler's character as an upstanding individual who has contributed positively to those around him.

**Respectfully submitted,**
Stephen Faraldo

03/23/2025

RE: Jasen Butler

To whom it may concern,

My name is James Anthony Scott, AKA known as Tony Scott. I first met Jasen in the summer of 2019. He has a shooting range on his property and I wanted to know if he would be willing to allow me to shoot with supervision on his range, which he allowed after he got to know me a little better. Over time, we became friends as we discovered that we had several items of interest. It also is worth noting that Jasen is constantly expanding his skill sets in a wide variety of things.

Jasen is an others centered and community minded person. He is a large contributor to Wounded Veterans Relief Fund. Several times a year he opens up his property to sponsor gatherings to help build a real sense of a tight knit neighborhood to the area. The biggest is his annual Christmas tree burning party which attracts about 80-130 people and has always been a big thing. Another act of graciousness that sets Jasen apart is that he has a vacation home in CO that he invites some of his close friends to and he pays for all of the food and amenities while you're there and refuses to be compensated for it. He enjoys watching others having fun and bonding together, which is a rare commodity in todays times.

I have found Jasen to be a good friend and a huge asset to the community in this part of Jupiter Farms and for him to be absent from here would be a detriment to all around us. I respectfully request that the court will take this into consideration in any type of decision and be lenient in passing judgement on Jasen.

Respectfully,

Tony Scott

William S. Nogueras II

Major, Florida National Guard

Former Sergeant, Palm Beach County Sheriff's Office Character

Senior Project Manager – Competitive Intelligence

NextEra Energy

(561) 891-9115

willino13@outlook.com


March 09, 2026


The Honorable Donald M. Middlebrooks

United States District Court Judge

West Palm Beach, Florida


Re: United States of America v. Jasen Butler

Case No. 25-CR-80093-Middlebrooks


Dear Judge Middlebrooks,

My name is William S. Nogueras II, and I have known Jasen Butler since 2016, both as a friend and as a member of our community. I respectfully offer my perspective on his character based on nearly a decade of personal experience.

I have spent more than two decades in roles requiring judgment, leadership, and accountability. I served over 23 years in the United States military as an enlisted Marine and later as an infantry officer, and I currently serve as a Major in the Florida National Guard. I also served 15 years with the Palm Beach County Sheriff's Office, reaching the rank of Sergeant in supervisory roles, including road patrol, SWAT, K-9, Honor Guard, and agency training. I now work as a Senior Project Manager within the Competitive Intelligence unit at NextEra Energy. My career has required evaluating character and responsibility in people placed in positions of trust.

Throughout the time I have known him, Jasen has demonstrated a consistent commitment to family and community. He regularly brings people together in his home and community, fostering genuine hospitality and support for others. I have also personally observed his sincere respect and appreciation for military members, veterans, and law enforcement officers.

Jasen also supported my family during periods when my duties required me to be away. During my deployment to the Horn of Africa and again while assigned to the U.S. Embassy in Guyana from 2023 to 2025, where I served as the Bilateral Affairs Officer in the Security Cooperation Office, he consistently made himself available to ensure my family had support. Even when no assistance was needed, he made sure my wife and daughters were included in a community of friendship and care during times when the uncertainty of my profession could place stress on a family.

I have also witnessed the role Jasen plays within his own family. He has taken an active role in helping guide and educate his nephews, including participating in their homeschooling and reinforcing structure, discipline, and respect for others. He supports his brother Jesse, who serves in law enforcement, and his sister-in-law Jenna as they maintain demanding professional schedules. The way their family works together is something many could look to as an example, with Jasen playing a steady and supportive role.

Given my background in military service and law enforcement, I recognize the seriousness of proceedings before this Court and the importance of accountability. At the same time, based on the years I have known him, the circumstances that bring Jasen before the Court are inconsistent with the character, responsibility, and service to others that I have consistently observed.

Jasen plays a meaningful role in the lives of many people who care deeply for him and rely on his steady presence and servant-minded leadership. His guidance, generosity, and support positively affect his family and community, and his absence would be felt by many. Based on my years of knowing him, I remain confident the same character and commitment to others I have witnessed will continue to guide him moving forward.

Thank you for your time and consideration.

Respectfully,

William S. Nogueras II