Case 9:25-cr-80093-DMM   Document 149-5   Entered on FLSD Docket 04/03/2026   Page 1 of 15

## RE: [URL Verdict: Neutral]RE: [Non-DoD Source] RE: Show Cause Notice

From: Pili, Jasper J CIV DLA ENERGY (USA) (jasper.pili@dla.mil)

To:     iomarine@att.net

Cc:     Francis.C.Murphy@dla.mil

Date:  Friday, September 23, 2022 at 11:57 AM EDT

Jasen,

Thank you. I don't know if I am a "good man" but I try my best not to be miserable😊

Please see the attached signed mod., for your records.

Now, our tech team will update the price in the system and contract price should reflect on "Prices to Web" early next week.

Base Price: $1,335.00 /MT
Price Differential: $30.00
Effective Contract price on 9/14/2022: $1,365 /MT


VR,
Jasper Pili
DLA Energy


---

**From:** Jasen Butler <iomarine@att.net>
**Sent:** Friday, September 23, 2022 10:25 AM
**To:** Pili, Jasper J CIV DLA ENERGY (USA) <Jasper.Pili@dla.mil>
**Cc:** Murphy, Francis C CIV DLA ENERGY (USA) <Francis.C.Murphy@dla.mil>
**Subject:** RE: [URL Verdict: Neutral]RE: [Non-DoD Source] RE: Show Cause Notice


Jasper,

 Youre a good man, no matter WHAT Francis says about you. ;)


lol


Please see the attached.



USA v. BUTLER

EXHIBIT 1

1:25CR80093-MIDDLEBROOKS

BR
Jasen


Jasen Butler
Intrepid Oceans Marine
P.O. Box 1750
Jupiter, Fl. 33458-1750
Mobile (561) 596-3748
Skype Jasen.Butler1

-------------------------------------------------------------------------------
This email is intended solely for the use of the addressee and may contain information that is confidential, proprietary, or both. If this information is shared with someone other than the intended addressee the person/s responsible may be subject legal action. If you receive this email in error please immediately notify the sender and delete the email.
-------------------------------------------------------------------------------

On 9/23/2022 9:59 AM, Pili, Jasper J CIV DLA ENERGY (USA) <jasper.pili@dla.mil> wrote:

Jasen,

Please see attached mod. Sign, fill-in blocks 15a, 15b and 15c and return a copy to me.

VR,

Jasper

**From:** Jasen Butler <iomarine@att.net>
**Sent:** Friday, September 23, 2022 9:23 AM
**To:** Pili, Jasper J CIV DLA ENERGY (USA) <Jasper.Pili@dla.mil>
**Cc:** Murphy, Francis C CIV DLA ENERGY (USA) <Francis.C.Murphy@dla.mil>
**Subject:** RE: [URL Verdict: Neutral]RE: [Non-DoD Source] RE: Show Cause Notice

Jasper,

 Thank you sir. I appreciate it.

There are no ancillaries or anything with the order, a rare and much coveted flawless delivery.

I imagine the approval won't take long once I upload everything.

BR
Jasen


Jasen Butler
Intrepid Oceans Marine
P.O. Box 1750
Jupiter, Fl. 33458-1750
Mobile (561) 596-3748
Skype Jasen.Butler1

--------------------------------------------------------------------------------
This email is intended solely for the use of the addressee and may
contain information that is confidential, proprietary, or both. If this
information is shared with someone other than the intended
addressee the person/s responsible may be subject legal action.
If you receive this email in error please immediately notify the
sender and delete the email.
--------------------------------------------------------------------------------


On 9/23/2022 9:19 AM, Pili, Jasper J CIV DLA ENERGY (USA) <jasper.pili@dla.mil> wrote:


Good morning Jasen,


We just received the formula ID from the tech team and currently working on the contract
price mod. Will send the mod your way  later today for signature.


VR,

Jasper Pili

DLA Energy


**From:** Jasen Butler <iomarine@att.net>
**Sent:** Friday, September 23, 2022 9:14 AM
**To:** Pili, Jasper J CIV DLA ENERGY (USA) <Jasper.Pili@dla.mil>
**Cc:** Murphy, Francis C CIV DLA ENERGY (USA) <Francis.C.Murphy@dla.mil>
**Subject:** RE: [URL Verdict: Neutral]RE: [Non-DoD Source] RE: Show Cause Notice


Hey Jasper,

 Any word on this?

I'd love to be able to submit the paperwork on the system.

Please and thank you sir

BR
Jasen

Jasen Butler
Intrepid Oceans Marine
P.O. Box 1750
Jupiter, Fl. 33458-1750
Mobile (561) 596-3748
Skype Jasen.Butler1

------------------------------------------------------------------------
This email is intended solely for the use of the addressee and may contain information that is confidential, proprietary, or both. If this information is shared with someone other than the intended addressee the person/s responsible may be subject legal action. If you receive this email in error please immediately notify the sender and delete the email.
------------------------------------------------------------------------

On 9/19/2022 9:47 AM, Pili, Jasper J CIV DLA ENERGY (USA) <jasper.pili@dla.mil> wrote:

Good Morning Jasen,

Received. Thank you.

We will start processing the modification. Our tech team will have to create the Supplier Notice formula in the system  (this may take a week).

Recommend not to submit invoice until after the price change is in effect to avoid payment issues.

VR,

Jasper Pili

DLA Energy

Case 9:25-cr-80093-DMM   Document 149-5   Entered on FLSD Docket 04/03/2026   Page 5 of 15

**From:** Jasen Butler <iomarine@att.net>
**Sent:** Monday, September 19, 2022 8:59 AM
**To:** Pili, Jasper J CIV DLA ENERGY (USA) <Jasper.Pili@dla.mil>
**Cc:** Murphy, Francis C CIV DLA ENERGY (USA) <Francis.C.Murphy@dla.mil>
**Subject:** RE: [URL Verdict: Neutral]RE: [Non-DoD Source] RE: Show Cause Notice

Jasper,

 Morning sir.

Please see the attached.

I think I filled out the form correctly? First time...

I have attached also the confirmation between me and my supplier as well as their invoice to me.

There were no ancillaries on the order for the MGO or 180 fuel. (2 orders)

I don't mean to push but how long before I can submit the order into the system with the updated price?

Thank you again

BR
Jasen

Jasen Butler
Intrepid Oceans Marine
P.O. Box 1750
Jupiter, Fl. 33458-1750
Mobile (561) 596-3748
Skype Jasen.Butler1

--------------------------------------------------------------------------------
This email is intended solely for the use of the addressee and may contain information that is confidential, proprietary, or both. If this information is shared with someone other than the intended addressee the person/s responsible may be subject legal action. If you receive this email in error please immediately notify the sender and delete the email.
--------------------------------------------------------------------------------

On 9/8/2022 9:15 AM, Pili, Jasper J CIV DLA ENERGY (USA)

<jasper.pili@dla.mil> wrote:

Jasen,

Please see attached.

VR,

Jasper Pili

DLA Energy

---

**From:** Jasen Butler <iomarine@att.net>
**Sent:** Thursday, September 8, 2022 9:05 AM
**To:** Pili, Jasper J CIV DLA ENERGY (USA) <Jasper.Pili@dla.mil>
**Cc:** Murphy, Francis C CIV DLA ENERGY (USA) <Francis.C.Murphy@dla.mil>
**Subject:** [URL Verdict: Neutral]RE: [Non-DoD Source] RE: Show Cause Notice

Jasper,

 Can you please send me the EPA clause?

We just confirmed the order in Nordenham for 158mts.

The COG online platform says i'm to receive (based on todays price) $1108. We just set the price at $1325.

Market has definitely come down but still not matching up.

Thank you again for your time,

BR
Jasen

Jasen Butler
Intrepid Oceans Marine
P.O. Box 1750
Jupiter, Fl. 33458-1750
Mobile (561) 596-3748
Skype Jasen.Butler1

--------------------------------------------------------------------------------
This email is intended solely for the use of the addressee and may contain information that is confidential, proprietary, or both. If this information is shared with someone other than the intended addressee the person/s responsible may be subject legal action. If you receive this email in error please immediately notify the

sender and delete the email.

------------------------------------------------------------------------------------

On 8/25/2022 9:07:12 AM, Pili, Jasper J CIV DLA ENERGY (USA) <jasper.pili@dla.mil> wrote:

Good morning Jasen,

Thank you for the support. We are good to go and confirm acceptance. Will send you the Supplier Notice EPA clause for you to fill in.

Once available, provide  supplier invoice/invoice indicating the price paid for the fuel and supporting documentation .

VR,

Jasper Pili

DLA Energy

---

**From:** Jasen Butler <iomarine@att.net>
**Sent:** Thursday, August 25, 2022 8:45 AM
**To:** Pili, Jasper J CIV DLA ENERGY (USA) <Jasper.Pili@dla.mil>
**Cc:** Murphy, Francis C CIV DLA ENERGY (USA) <Francis.C.Murphy@dla.mil>
**Subject:** RE: [Non-DoD Source] RE: Show Cause Notice

Jasper,

Morning sir.

Took long enough but the time came around where we need to revisit the issue with the LT contracts.

I just had an order come out for Nordenham, DE. Delivery the 14th.

Todays indication is $1476 but the system says $1183.

I just want to make sure all is on the level so I can accept it and get it scheduled.

As a sidenote: Oil futures have risen $0.80 the last 2 weeks. This pricing discrepancy is about to grow by a large margin.

BR
Jasen

Jasen Butler
Intrepid Oceans Marine
P.O. Box 1750
Jupiter, Fl. 33458-1750
Mobile (561) 596-3748
Skype Jasen.Butler1

--------------------------------------------------------------------------------
This email is intended solely for the use of the addressee and may contain information that is confidential, proprietary, or both. If this information is shared with someone other than the intended addressee the person/s responsible may be subject legal action. If you receive this email in error please immediately notify the sender and delete the email.
--------------------------------------------------------------------------------

On 5/9/2022 2:06 PM, Pili, Jasper J CIV DLA ENERGY (USA) <jasper.pili@dla.mil> wrote:

Jasen,

Appreciate the quick response. We always like to find a workable solution as much as possible.

The contract will require a contract modification for the new pricing condition, once that is established, whenever there is an order and a delivery is made against the order, you will provide to us proper receipt from you supplier that shows how much you paid for the fuel then our tech team will update the Prices to Web to reflect the price.

Would you like to proceed so we can start the process?

VR,

Jasper

**From:** Intrepid Oceans <iomarine@att.net>
**Sent:** Monday, May 9, 2022 12:21 PM
**To:** Pili, Jasper J CIV DLA ENERGY (USA) <Jasper.Pili@dla.mil>
**Cc:** Murphy, Francis C CIV DLA ENERGY (USA) <Francis.C.Murphy@dla.mil>
**Subject:** RE: [Non-DoD Source] RE: Show Cause Notice

Jasper,

 Of course I would consider this and I appreciate the opportunity.

How would it work exactly though?

I know that on the online forms it I am able to fill in the price that is listed on the DLA website as the price to be paid.

Do I just put in a different number in that box?

Obviously I want to get the small details out of the way so my risk is minimal.

I'm fine selling to you guys at cost if it means keeping the contracts in place and getting this business done.

Thank you again,
BR

Jasen

Jasen Butler
Intrepid Oceans Marine
P.O. Box 1750
Jupiter, Fl. 33458-1750

Mobile (561) 596-3748
Skype Jasen.Butler1

---------------------------------------------------------------------------
---------

This email is intended solely for the use of the addressee and may
contain information that is confidential, proprietary, or both. If this
information is shared with someone other than the intended
addressee the person/s responsible may be subject legal action.

If you receive this email in error please immediately notify the

sender and delete the email.

---------------------------------------------------------------------------

---------

On 5/9/2022 11:57 AM, Pili, Jasper J CIV DLA ENERGY (USA) <jasper.pili@dla.mil> wrote:

Good morning Jasen,

We completely understand. Would you be willing to consider pricing via supplier notice as a temporary measure until the market stabilizes? This means the contract price is what you pay for the fuel plus the differential. This a better option than termination. Termination for cause/default will mark negative performance report on your company and this could affect your company on getting future government contracts.

VR,

Jasper Pili

Contracting Officer

FEPEC

Desk: 571-767-8131

Mobile: 571-363-8758

*This e-mail may contain Source Selection Information - See FAR 2.101 and 3.104*

**From:** Intrepid Oceans <iomarine@att.net>
**Sent:** Friday, May 6, 2022 4:49 PM
**To:** Pili, Jasper J CIV DLA ENERGY (USA) <Jasper.Pili@dla.mil>
**Cc:** Murphy, Francis C CIV DLA ENERGY (USA) <Francis.C.Murphy@dla.mil>
**Subject:** [Non-DoD Source] RE: Show Cause Notice

Jasper,

 Good Day sir.

Your letter is well received.

I'm not sure how to respond to the decision other than to say that I agree with it.

With current market conditions we are unable to satisfy the terms of the agreement.

We are going through unprecedented times and quite frankly i'm at a loss on how to handle business.

My suppliers in Germany are giving me pricing in the $1500 range when our contracts show OPIS paying in the $1100/1200 range.

On 1800 mts you can see the issue.

I do apologize and I know we can't be the only ones having these problems.

We can still handle this contract and get product for the vessels that require it but at the current market levels and discrepancy with OPIS I can't risk my entire business without some type of change.

If there is anything we can do please let me know, otherwise I have no choice but to agree to the termination.

Thank you again for all,
BR
Jasen

Jasen Butler

Intrepid Oceans Marine

P.O. Box 1750

Jupiter, Fl. 33458-1750

Mobile (561) 596-3748

Skype Jasen.Butler1

---------------------------------------------------------------------------------

This email is intended solely for the use of the addressee and may

contain information that is confidential, proprietary, or both. If this

information is shared with someone other than the intended

addressee the person/s responsible may be subject legal action.

If you receive this email in error please immediately notify the

sender and delete the email.

---------------------------------------------------------------------------------

> On 5/6/2022 4:18 PM, Pili, Jasper J CIV DLA ENERGY (USA) <jasper.pili@dla.mil> wrote:
>
> Correction: SEA Card orders 56155 and 56361.
>
> My apologies for the mistake.
>
> Sincerely,
>
> Jasper Pili
>
> Contracting Officer
>
> DLA Energy

Mobility Fuels Division

Desk: 571-767-8131

Mobile: 571-363-8758

*This e-mail may contain Source Selection Information - See FAR 2.101 and 3.104*

---

**From:** Pili, Jasper J CIV DLA ENERGY (USA)
**Sent:** Friday, May 6, 2022 4:06 PM
**To:** 'Jasen Butler' <iomarine@att.net>
**Cc:** Murphy, Francis C CIV DLA ENERGY (USA) <Francis.C.Murphy@dla.mil>
**Subject:** Show Cause Notice
**Importance:** High

Dear Mr. Butler,

Please find the attached Show Cause notice letter regarding the SEA Card orders

56155 and 56094 under Independent Marine Oil Services LLC's DLA Energy Bunkers Contract SPE608-19-D-0356, CLIN 0001 at Nordenham, Germany.

Please acknowledge receipt and contact me for any questions and/or concerns.

Sincerely,

Jasper Pili

Contracting Officer

DLA Energy

Mobility Fuels Division

Desk: 571-767-8131

Mobile: 571-363-8758

*This e-mail may contain Source Selection
Information - See FAR 2.101 and 3.104*



smime.p7s
5.3kB



SF30_SPE60819D0356P00003.PDF.pdf
19.4kB