SPE608-19-D-0356               Independent Marine Oil Services LLC

**Your offer dated May 14, 2018 by SF1449 and attachments, as amended by e-mail dated October 26, 2018 (FPR), January 27, 2019 e-mail (clarifications on Barge Overtime Rates and Hours of Operation) is hereby accepted.  All terms and conditions, as well as certifications and representations, made under RFP SPE608-19-R-0202 are incorporated herein**

**B-0001     B1.04-1  SUPPLIES TO BE FURNISHED (SHIPS' BUNKERS) (DLA ENERGY JUNE 2013)**

**DELIVERY SCHEDULE**

| ITEM | SUPPLY, BUNKER LOCATION, AND METHOD OF DELIVERY | FIVE (5) - YEAR ESTIMATED QUANTITY (METRIC TONS) | UNIT PRICE PER METRIC TON |
|---|---|---|---|
| | **NORDENHAM, GERMANY** | | |
| 0001 | **MARINE GAS OIL** | **3,116 MT** | **$634.00** |
| | **BARGE (B)** **MINIMUM DELIVERY:   10 METRIC TONS** | | |

**Economic Price Adjustment DAILY**
**Based on Platts ULSD 10ppms FOB NWE Cargo (FORMULA ID:  PDFOBNWEUL)**
**Base Reference Date 22 January 2018**
**Base Reference Price $604.000000**
**Differential = ($30.00)**

| ITEM | SUPPLY | QUANTITY | PRICE |
|---|---|---|---|
| | **WILHELMSHAVEN, GERMANY** | | |
| 0002 | **MARINE GAS OIL** | **1,880 MT** | **$634.00** |
| | **BARGE (B)** **MINIMUM DELIVERY:  5 METRIC TONS** | | |

**Economic Price Adjustment DAILY**
**Based on Platts ULSD 10ppms FOB NWE Cargo (FORMULA ID:  PDFOBNWEUL)**
**Base Reference Date 22 January 2018**
**Base Reference Price $604.000000**
**Differential = ($30.00)**

**ADDITIONAL DATA:**

**TAXES**

| ITEM | APPLICABLE TAX NAME AND AMOUNT PER UNIT | INCLUDED IN UNIT PRICE | TO BE INVOICED SEPARATELY |
|---|---|---|---|
| **NOT APPLICABLE** | | | |



USA v. BUTLER

**EXHIBIT 2**

1:25CR80093-MIDDLEBROOKS

SPE608-19-D-0356            Independent Marine Oil Services LLC

## LOCATION OF FACILITIES

| ITEM(S) | TERMINAL NAME(S) AND FULL PHYSICAL ADDRESS(ES) | (For barge and truck deliveries) TRANSPORTATION SOURCE(S) NAME(S) & FULL PHYSICAL ADDRESS(ES) | TESTING FACILITY(IES) NAME(S) & FULL PHYSICAL ADDRESS(ES) |
|---|---|---|---|
| ALL ITEMS: | HET HAMBURG Energy Trading GmBH & Co KG Bahrenfelder, Steindamm 38 22761 Hamburg, Germany Phone 04163/81410 E-mail: sales@hamburg-energy.com | | Saybolt Laboratory Buxtehuderstr. 112c Hamburg, Germany |

## DELIVERY AND ORDERING PERIODS

(1) **ORDERS**:  The **ordering period** begins: **February 15, 2019** and ends: **September 30, 2023**.

(2) **DELIVERIES**:  The **delivery period** begins: **February 15, 2019** and ends**:  October 31, 2023**.

## ORDERING POINTS OF CONTACT

| Item Number | Contact Person and Location | Complete Telephone Number | Complete Facsimile Number | E-Mail Address | Normal Operating Hours and Days for Orders | Deliveries |
|---|---|---|---|---|---|---|
| ALL ITEMS | Jasen Butler James Butler | Phone 24/7- (561) 596–3748 Phone 24/7- (561) 252–0900 | | Bunkers@indeptmarine.com; iomarine@att.net IMOS@bellsouth.net | 6AM-6PM | |

## Overtime Rates

| Item Number | Hours & Days Outside of Normal Delivery | Rate per hour |
|---|---|---|
| ALL ITEMS: | M-F 6PM-6AM, Local Holidays and Weekends | $1,450.00 |

## PIPELINE INFORMATION

| Item Number | Pipeline Delivery Location | Max Draft/Mean Low Tide | Obstacles |
|---|---|---|---|

NOT APPLICABLE