UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  25-80093-CR MIDDLEBROOKS

UNITED STATES OF AMERICA

v.

JASEN BUTLER

     Defendant.

_____/

### NOTICE OF FILING JASEN BUTLER'S LETTER TO THE COURT

     Jasen Butler, through undersigned counsel, files this Notice of Filing Jasen Butler's Letter to

the Court. Jasen Butler's letter to the Court is attached.


Dated: April 6, 2026


**GOLDBERGER WEISS, P.A.**
1555 Palm Beach Lakes Boulevard
Suite 1400
West Palm Beach, Florida 33401
Tel: (561) 659-8300
Fax: (561) 284-8938
Email: jason@goldbergerweiss.com

/s/JASON S. WEISS, ESQ.
Florida Bar No. 0096040

**BRUCE A. ZIMET, P.A.**
1555 Palm Beach Lakes Boulevard
Suite 1400
West Palm Beach, Florida 33401
Tel: (561) 508-7741
Fax: (954) 760-4421
Email: baz@bruceazimetlaw.com

/s/ BRUCE A. ZIMET, ESQ.
Florida Bar No. 0225053

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 6, 2026, undersigned electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Florida by using the CM/ECF system. Undersigned certifies that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

| | |
|---|---|
| **GOLDBERGER WEISS, P.A.** | **BRUCE A. ZIMET, P.A.** |
| 1555 Palm Beach Lakes Boulevard | 1555 Palm Beach Lakes Boulevard |
| Suite 1400 | Suite 1400 |
| West Palm Beach, Florida 33401 | West Palm Beach, Florida 33401 |
| Tel: (561) 659-8300 | Tel: (561) 508-7741 |
| Fax: (561) 284-8938 | Fax: (954) 760-4421 |
| Email: jason@goldbergerweiss.com | Email: baz@bruceazimetlaw.com |
| | |
| /s/JASON S. WEISS, ESQ. | /s/ BRUCE A. ZIMET, ESQ. |
| Florida Bar No. 0096040 | Florida Bar No. 0225053 |
| Attorney for the Defendant | Attorney for the Defendant |

To:     Judge Middlebrooks, the United States Military, the Department of Justice, my family, and all others affected by my actions:

I feel like to say "I'm sorry" to express the regret I feel would be a massive understatement as this simple phrase does not even begin to convey the depth of how apologetic and remorseful I am.

To say "I'm sorry" is simply not enough.

I loved being a supplier to the United States military. I kept a world map in my home office with pins in it representing every country where I helped fuel ships. My job filled me with pride and made me feel like I was a small part of something much larger.

Like most people, I suppose, who end up in my situation, I thought that I was the smartest guy in the room. I figured out a loophole in the system, and I tried to take advantage of it. I believed I was right, and because I believed that I was able to rationalize and justify all the wrong I did because of it. I lost the plot. I am ashamed to admit it, but it is the truth.

While I tried hard to learn and understand the types of contracts I was dealing with, what I failed to understand was the seriousness and far-reaching repercussions of the way I handled those contracts. I never realized or paused to consider the risk I was taking or the damage I was causing. I was too focused on financial success and how proud my father was that I was able to rebuild the family business and help take care of everyone we loved.

I certainly recognize now that my business practices were unethical, but I truly never intended to harm anyone, especially those in the U.S. Military. Sadly, I could not foresee the inevitable toll my actions would take on my family and the country that I love dearly. I have only myself to blame.

My mother always told me, cliché or not, "honesty is the best policy." A lesson that I forgot to remember. Too late did I realize, and continue to learn, the ripple effects of my arrogance, poor judgment, and poor decisions. Now, as I sit in a cell separated from the people who mean the most to me, I am acutely aware of the damage and pain that I have caused to those who trusted me and to those who I have always tried to support and protect.

My father should be happily retired but now is tasked with keeping the house and business together. I hear the struggle in his voice over the phone, and it is heartbreaking. I have abandoned my nephews who I homeschooled and love as my own. I have left Tara, my life-partner, with the job of picking up the pieces of my family while struggling with her own emotions and the unenviable job of being the rock for me as well.

I have hurt my family, my friends, my neighbors and everyone who relied on me to be there for them. I abused the trust placed in me by the U.S. Government and I have become an unnecessary burden on the criminal justice system. For all those things, from the bottom of my heart, I am sorry.

During these last few months I have been forced to re-learn humility and acceptance of consequences for the many mistakes I have made. I have come to recognize that the "grey area" is not the place to operate. I have learned that morality, strength of character, and ethos are better

examples to set for my nephews than success measured by financial gain. I have learned that I am nothing without my family and loved ones. And most importantly, I have learned that NOTHING is worth the risk of being separated from them ever again.

I know that I have a long road to travel to rebuild the trust that I have broken and lost, but after the lessons I have learned and the awareness I have gained, my path forward is clearer to me than it has ever been.

I am in no position to ask for a second chance to do better, to be better, but I humbly ask you for whatever grace you feel is appropriate to give me in this situation.

In the meantime, I will continue to focus every day on returning to my family and becoming the man they need me to be.

Truthfully and sincerely,

Jasen Butler